FEE PAID
S/I

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP | 6 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Meriland Keith Dillard, Pro Se<br>Plaintiff,<br><br>v.<br><br>CBS Studios, Inc.;<br>Defendant. | Case No. 8:25-cv-02091-JAK(KESX)<br><br>**COMPLAINT FOR:**<br>1. COPYRIGHT INFRINGEMENT<br>  17 U.S.C. §§ 101 et seq.)<br>2. UNFAIR COMPETITION (Cal.<br>  Bus. & Prof. Code § 17200)<br>3. BREACH OF IMPLIED<br>    CONTRACT (California<br>    Common Law)<br>4. MISAPPROPRIATION OF<br>    IDEAS<br>5. DECLARATORY RELIEF (28<br>    U.S.C. §§ 2201–2202)<br>6. PRELIMINARY &<br>    INJUNCTION<br>7. ACCOUNTING &<br>    DISGORGEMENT<br><br>**JURY TRIAL DEMANDED** |

## INTRODUCTION

1. Plaintiff Meriland Keith Dillard ("Plaintiff"), appearing pro se, brings this civil action

against Defendant CBS Studios, Inc, ("Defendant").

2. Plaintiff is the sole author and owner of an original television pilot script

entitled Department of Labor ("the Work") **(Exhibit A)**; which was registered with the

Writers Guild of America, West; on February 1, 2011 (Reg. No.1484205) **(Exhibit C)**;

1

1        and Certificate of Registration from U.S. Copyright Office, approved September 4,

2        2025 (Reg. No. PAu 4-274-958) **(Exhibit D)**.

3        3. Defendant is producing and distributing a television series entitled DMV **(Exhibit B)**,

4        scheduled to premiere on or about October 13, 2025, which unlawfully copies substantial

5        protectable expression from Plaintiff's Work.

6        4. This action seeks damages, declaratory and injunctive relief, an accounting and

7        disgorgement of profits, and such other relief as the Court deems just and proper.

8
9    **JURISDICTION AND VENUE**
10
11        5. This Court has subject matter jurisdiction pursuant to *28 U.S.C. §§ 1331 and 1338*

12        because this action arises under the *Copyright Act, 17 U.S.C. §§ 101 et seq.*

13        6. The Court has supplemental jurisdiction over the state law claims pursuant to *28 U.S.C. §*
14
15        *1367(a)*.
16
17        7. Venue is proper in this District under *28 U.S.C. §§ 1391(b) and 1400(a)* because

18        Defendant conduct business in this District and a substantial part of the events giving

19        rise to these claims occurred here.

20        8. Personal jurisdiction exists over Defendant because they reside, are registered to do

21        business, and regularly transact business in California.
22
23
24    **PARTIES**
25
26      9.      Plaintiff Meriland Keith Dillard is an individual residing 25671 Le Parc#50 Lake

27        Forest, California 92630.
28
29      10.    Defendant CBS Studios Inc. is a California corporation with its principal place of
30
31        business at 4024 Radford Avenue, Studio City, CA 91604.
32

1    **FACTUAL ALLEGATIONS**

2    11. In 2010–2011, Plaintiff authored the original screenplay "Department of Labor."

3    12. The Work was registered with the WGAW on February 1, 2011 (**Exhibit C**) and with the

4        U.S. Copyright Office on September 4, 2025 (**Exhibit D**).

5    13. Plaintiff has at all times retained all rights to the Work and never authorized Defendant to

6        use it.

7    14. Defendant developed and promoted the television series "DMV" for broadcast on

8        October 13, 2025 (**Exhibits B, N**).

9    15. Defendant had access to Plaintiff's Work through industry channels and registration,

10       including circulation in major entertainment markets (**Exhibit L**).

11   16. Plaintiff's Cease and Desist demand dated August 18, 2025 (**Exhibit M**) was ignored by

12       Defendants.

13   17. Absent relief, Plaintiff will suffer irreparable harm, including lost market opportunities

14       and reputational injury.

15   **INTRODUCTION AND PURPOSE OF COMPARATIVE ANALYSIS**

16   19. The attached comparative analysis (**Exhibit E**) assists the Court in evaluating how

17       Defendants' series copies the protectable expression of Plaintiff's Work—including its

18       unique character dynamics, comedic motifs, and scene structure—focusing on concrete,

19       original elements beyond generic concepts.

20   20. Its purpose is to provide a clear comparison and examination, supported by direct script

21       references and legal authority, demonstrating a pattern of similarities in protectable

22       expression under Ninth Circuit precedent.

23

3

1    **OVERVIEW OF THE WORKS AND KEY SIMILARITIES**

2      21. The key, protectable similarities between the works include:

3      •    Identical Opening Structure: Chaotic government service lobby with long lines and a

4            overwhelmed front-desk anchor.

5      •    Central Character Function: A female receptionist who drives the comedic tone through

6            patron interactions.

7      •    Managerial Foil: A supervisor who embodies bureaucracy, creating comedic conflict.

8      •    Recurring Comedic Devices: Use of oddball patrons and document mishaps as primary

9            set pieces.

10     •    Narrative Rhythm: Interweaving public-facing chaos with staff politics and personal

11           subplots for humor.

12     22. These similarities are expressed through specific, original dialogue, character dynamics,

13           and scene arrangements—not generic ideas. A detailed analysis demonstrating this

14           pattern of protectable expression is provided in **Exhibit E**.

15   **SUBSTANTIAL SIMILARITY**

16     23. Copyright law protects the original expression of ideas—the unique selection,

17           arrangement, and treatment of elements—not abstract concepts. *Feist Publ'ns, Inc. v.*

18           *Rural Tel. Serv. Co., 499 U.S. 340, 361 (1991); Sid & Marty Krofft Television Prods.,*

19           *Inc. v. McDonald's Corp., 562 F.2d 1157, 1163 (9th Cir. 1977).*

20     24. A pattern of similarities in these protectable elements can establish unlawful

21           appropriation. *Metcalf v. Bochco, 294 F.3d 1069, 1074 (9th Cir. 2002).*

22     25. Defendants' series DMV is substantially similar to Plaintiff's Work. The combined

23           selection and arrangement of elements replicate Plaintiff's protectable expression of an

1  ensemble workplace comedy, as detailed in **Exhibit E**. *Sheldon v. Metro-Goldwyn*

2  *Pictures Corp., 81 F.2d 49 (2d Cir. 1936), aff'd, 309 U.S. 390 (1940)*.

3  **EXPERT AND INDUSTRY CONTEXT**

4  26. Federal courts consistently hold that a work's wide dissemination within an industry is

5  sufficient to establish a reasonable possibility of access, without proof of direct

6  contact. *Shaw v. Lindheim*, 908 F.2d 531 (9th Cir. 1990); *Peel & Co. v. Rug Market*, 238

7  F.3d 391 (5th Cir. 2001).

8  27. Substantial similarity is evaluated by comparing the protectable expression—the

9  unique selection, arrangement, and treatment of characters, scenes, and motifs—not

10  unprotectable ideas. *Sid & Marty Krofft Television Prods., Inc. v. McDonald's Corp.*, 562

11  F.2d 1157, 1163 (9th Cir. 1977); *Metcalf v. Bochco*, 294 F.3d 1069, 1074 (9th Cir. 2002).

12  28. The attached comparative analyses (**Exhibit E**) is provided to assist the Court in this

13  specific, concrete evaluation.

14  **ACCESS AND COPYING**

15  29. Plaintiff's Work was widely disseminated to the entertainment industry, circulated to over

16  sixty-seven (67) industry professionals in major markets, including over twenty (20) in

17  Los Angeles. A redacted log is attached as **Exhibit L**. A complete, unredacted log has

18  been filed under seal per separate motion.

19  30. This widespread dissemination creates a reasonable possibility that individuals affiliated

20  with Defendants encountered the Work. *Jason v. Fonda*, 526 F. Supp. 774, 777 (C.D.

21  Cal. 1981); *Armour v. Knowles*, 512 F.3d 147, 152 (5th Cir. 2007).

1    31. Upon information and belief, Defendants had access to the Work through these industry

2        channels, including WGA registration and professional networks. *Sid & Marty Krofft*

3        *Television Prods., Inc. v. McDonald's Corp.*, 562 F.2d 1157, 1162–63 (9th Cir. 1977).

4    32. The circumstances of access, combined with the detailed pattern of similarities in

5        protectable expression, support a strong and reasonable inference of copying. *Metcalf v.*

6        *Bochco*, 294 F.3d 1069, 1074 (9th Cir. 2002).

7    **Conclusion & Summary of Key Points**

8    35. Defendants' series DMV unlawfully appropriates the protectable expression of Plaintiff's

9        Work—its unique selection, arrangement, and treatment of characters, scenes, and

10       comedic motifs—not just its general concept. *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.,*

11       *499 U.S. 340, 361 (1991).*

12   36. A pattern of similarities in protectable elements—including original character dynamics,

13       running gags, and narrative structure—supports a strong inference of copying, not merely

14       independent creation of stock scenarios. *Metcalf v. Bochco, 294 F.3d 1069, 1074 (9th*

15       *Cir. 2002); Sid & Marty Krofft Television Prods., Inc. v. McDonald's Corp., 562 F.2d*

16       *1157, 1163 (9th Cir. 1977).*

17   37. The widespread industry dissemination of Plaintiff's Work makes access by Defendants

18       plausible, **a fact underscored by Plaintiff's ability to obtain Defendants' DMV script**

19       **through ordinary industry channels**.

20   38. Plaintiff reserves the right to supplement this claim with expert declarations, additional

21       comparisons, and evidence obtained in discovery.

22   39. For these reasons, Defendants' conduct constitutes actionable copyright infringement and

23       related state law violations.

1
2

***COUNTS:***

3    ***COUNT I – COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 101 et seq.)***

4    41. Plaintiff incorporates all preceding paragraphs.

5    42. Plaintiff is the sole author and owner of the copyrighted Work, "Department of Labor,"

6        registered with the U.S. Copyright Office. The Work embodies a unique selection and

7        arrangement of creative elements. *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., 499 U.S. 340,*

8        *361 (1991).*

9    43. Plaintiff has satisfied all statutory prerequisites for suit. *Fourth Estate Pub. Benefit Corp.*

10       *v. Wall Street.com, 586 U.S. 199, 205–06 (2019).*

11   44. Defendants had access to the Work through industry channels. *Sid & Marty Krofft Television*

12       *Prods., Inc. v. McDonald's Corp., 562 F.2d 1157, 1162–63 (9th Cir. 1977).*

13   45. Defendants' series "DMV" is substantially similar to Plaintiff's Work in its protectable

14       expression, supporting a strong inference of copying. *Metcalf v. Bochco, 294 F.3d 1069,*

15       *1074 (9th Cir. 2002).*

16   46. Defendants' unauthorized use constitutes infringement of Plaintiff's exclusive rights under

17       *17 U.S.C. § 106*, causing damages and entitling Plaintiff to remedies.

18   ***COUNT II – UNFAIR COMPETITION (Cal. Bus. & Prof. Code § 17200)***

19   47. Plaintiff incorporates all preceding paragraphs.

20   48. Defendants engaged in unlawful, unfair, and fraudulent business acts by misappropriating

21       Plaintiff's Work and misrepresenting the origin of "DMV." *Cel-Tech Commc'ns, Inc. v. Los*

22       *Angeles Cellular Tel. Co., 20 Cal.4th 163, 180 (1999)\*;* Kasky v. Nike, Inc., 27 Cal.4th 939,

23       949 (2002).

24   49. This conduct has caused Plaintiff economic injury, entitling him to restitution, injunctive

7

1    relief, and disgorgement.

2    **COUNT III – BREACH OF IMPLIED CONTRACT** *(California Common Law)*

3    50. Plaintiff incorporates all preceding paragraphs.

4    51. Plaintiff disclosed the Work under circumstances giving rise to an implied-in-fact contract.

5      for compensation if used. *Desny v. Wilder, 46 Cal.2d 715, 738 (1956).*

6    52. Defendants used the Work without compensation, breaching the contract. *Montz v. Pilgrim*

7      *Films & Television, Inc., 649 F.3d 975, 977 (9th Cir. 2011)*; *Grosso v. Miramax Film Corp.,*

8      *383 F.3d 965, 968 (9th Cir. 2004).*

9    53. Plaintiff suffered damages as a result.

10    **COUNT IV – MISAPPROPRIATION OF IDEAS**

11    54. Plaintiff incorporates all preceding paragraphs.

12    55. Defendants wrongfully appropriated Plaintiff's novel ideas—including the unique premise,

13      character types, and comedic motifs—for their own commercial advantage without

14      authorization or compensation, causing economic harm. *Desny v. Wilder*, 46 Cal. 2d 715

15      (1956), *Grosso v. Miramax Film Corp.*, 383 F.3d 965 (9th Cir. 2004), *Montz v. Pilgrim Films*

16      *& Television, Inc.*, 649 F.3d 975 (9th Cir. 2011) (en banc).

17    **COUNT V – DECLARATORY RELIEF (28 U.S.C. §§ 2201–2202)**

18    56. Plaintiff incorporates all preceding paragraphs.

19    57. An actual controversy exists concerning ownership and infringement of the Work. Plaintiff

20      seeks a declaration that he is the sole author and owner and that "DMV" infringes his

21      rights. *MedImmune, Inc. v. Genentech, Inc., 549 U.S. 118, 127 (2007).*

1   **COUNT VI – INJUNCTIVE RELIEF**

2   58. Plaintiff incorporates all preceding paragraphs.

3   59. Plaintiff will suffer immediate and irreparable harm from the broadcast of "DMV," including

4      lost market opportunities and dilution of his Work, for which he has no adequate remedy at

5      law. The balance of hardships tips sharply in his favor, and public interest favors protecting

6      copyrights.

7

8   60. Plaintiff seeks preliminary and permanent injunctions enjoining Defendants from producing,

9      promoting, broadcasting, or distributing the infringing "DMV" series. *eBay Inc. v.*

10     *MercExchange, L.L.C.*, 547 U.S. 388 (2006), *Perfect 10, Inc. v. Google, Inc.*, 653 F.3d 976

11     (9th Cir. 2011), Statutory Authority: 17 U.S.C. § 502(a).

12  **COUNT VII – ACCOUNTING & DISGORGEMENT**

13  61. Plaintiff incorporates all preceding paragraphs.

14  62. Defendants have been unjustly enriched by their infringing conduct and must account for and

15     disgorge all profits attributable thereto. *Sheldon v. Metro-Goldwyn Pictures Corp., 309 U.S.*

16     *390, 399 (1940); Petrella v. Metro-Goldwyn-Mayer, Inc., 572 U.S. 663, 677 (2014).*

17  63. Plaintiff seeks an order requiring Defendants to provide a full accounting of all revenues,

18     profits, and benefits derived from the production, distribution, marketing, and broadcast of

19     "DMV," and to disgorge all profits attributable to the infringement of Plaintiff's Work.

20
21  **PRAYER FOR RELIEF**
22

23  **WHEREFORE**, Plaintiff prays for judgment against Defendants, jointly and severally, as
24  follows:

25  (a)Declaring that Plaintiff is the sole author and owner of Department of Labor;
26
27  (b) Declaring that Defendants infringed Plaintiff's exclusive rights under the Copyright Act;

9

(c) Awarding preliminary and permanent injunctive relief enjoining Defendants from producing,

   promoting, broadcasting, or distributing DMV;

(e) Awarding disgorgement of profits and ordering an accounting;

(f) Awarding restitution and equitable relief under California's Unfair Competition Law;

(g) Awarding costs and such further relief as the Court deems just and proper; and

(h) Awarding trial by jury on all issues so triable.

Respectfully submitted,

/s/ Meriland Keith Dillard

Meriland Keith Dillard

Dated: 9/15/2025
Plaintiff, Pro Se
25671 Le Parc, #50
Lake Forest, CA 92630
Phone: (206) 673-6751
Email: merilanddillard@yahoo.com

# EXHIBIT A

# PLAINTIFF'S SCRIPT:

# "DEPARTMENT OF LABOR"

## EXHIBIT A

DEPARTMENT OF LABOR (Script)


ACT ONE

SCENE A

FADE IN:

INT. LOBBY AND FRONT DESK - DAY

ABOUT 8 PEOPLE ARE IN LINE TO APPROACH THE RECEPTIONIST DESK
AT THE LABOR DEPARTMENT.  ONE PATRON LEAVES THE DESK.   THE
RECEPTIONIST (CHARLISE) LOOKS UP FOR THE NEXT PATRON.
SHE SEE A LARGE MAN AND MOTIONS HIM TO WALK UP. CHARLISE
MOTIONS TO THE MAN.

                    CHARLISE
          SIR, YOU'RE NEXT.

 THE MAN POINTS TO THOR (A MIDGET) WHOSE HEAD IS BELOW THE
DESK.

                    CHARLISE (CONT'D)
          SIR!  ITS YOUR TURN.   COME ON UP.
          WHAT'RE YOU POINTING AT.

                    MAN
             (STILL POINTING)
          WELL, THAT MAN'S NEXT!

                    CHARLISE
          WHAT MAN!   THERE'S NO ONE IN FRONT
          OF YOU SO COME ON UP.

                    MAN
             (STILL POINTING)
          THERE IS A MAN THERE.

CHARLISE GETS TESTY, DISGUSTED, GETS UP AND LEANS OVER THE
DESK.   SHE SEES THOR.

                    RECEPTIONIST

             (Pointing toward a
             group of tables and
             chairs)

2.

33                    (Pointing toward a
34                     group of tables and
35                     chairs)
36          GET A CHAIR FROM OVER THERE AND STAND

37          UP IN IT SO I CAN SEE YOU WHEN I'M
38          TALKING TO YOU.

39    THOR GETS A CHAIR AND PULLS IT TO THE FRONT DESK AND STANDS
40    IN IT.

41    MR. Davidson (OFFICE SUPERVISOR) ENTERS.

42    HE WALKS UP TO CHARLISE AND COMMANDS.

43                      DAVIDSON
44          CHARLISE, CAN YOU GET THIS LINE
45          MOVING?

46                      CHARLISE I DON'T
47          HAVE A PENCIL OR PEN.

48                      DAVIDSON
49          HUH?

50                      CHARLISE
51             (RAISING HER VOICE) I
52          DON'T HAVE A PENCIL OR PEN.

53                      DAVIDSON
54             (RAISES HIS VOICE)
55          WHAT'S A PENCIL AND PEN GOT TO DO
56          WITH THIS LINE?
57             (HE PULLS HIS EAR
58              FORWARD ALERTING HER
59              TO ANSWER WITH A
60              RAISED VOICE)

61                      CHARLISE
62             (SHE RAISES HER VOICE)
63          WELL, THE ONLY WAY I CAN MOVE THIS
64          LINE IS TO DRAW IT.  THESE PEOPLE
65          MOVE TOO SLOW.

66                      DAVIDSON
67          WELL, USE YOUR ERASER

68                      CHARLISE
69          ERASER?

3.

```
70                     DAVIDSON
71           WELL, IT YOU CAN'T DRAW IT, ERASE IT.
72           NOW COME ON AND MOVF THIS LINE.

73                     CHARLISE
74              (REPEATS IN A RAISED
75               VOICE)

76           I WILL IF I CAN FIND THE PEOPLE IN
77           LINE.

78                     DAVIDSON
79           WHAT DO YOU MEAN?

80   SHE POINTS TO THE OTHER SIDE OF HER DESK.

81   DAVIDSON HAS A CONFUSED LOOK ON HIS FACE.

82   HE LEANS OVER THE DESK AND SEE THOR ATTEMPTING TO CLIMB INTO
83   THE CHAIR.

84   HE LOOKS AT CHARLISE, NODS HIS HEAD, AND OFFERS HER WHAT
85   SEEMS TO BE A FIST BUMP.

86   SHE LOOKS AT HIS FIST AND SWAYS HER HEAD TO THE SIDE ALL THE
87   TIME LOOKING HIM IN HIS FACE.  HE SMIRKS, SHAKES HIS FIST,
88   NONCHALANTLY, AND WALKS AWAY.

89   THOR FINALLY GETS INTO THE CHAIR.  HE HANDS CHARLISE A PIECE
90   OF PAPER.

91   SHE TAKES THE PAPER AND READS IT.

92                     CHARLISE
93           ARE YOU KIDDING?

94                     THOR NO.  I
95           CAN DO THE WORK.

96                     CHARLISE
97           ARE YOU SURE?

98                     THOR I
99           WANT TO GET HIGH.

100                    CHARLISE
101          SIR, YOU COME HERE FOR A JOB?  OR ARE
102          YOU LOOKING FOR A METH LAB.

103                    THOR REALLY Ma'am, I
104          CAN DO THE WORK.
```

4.

105  CHARLISE LOOKS STERNLY AT HIM.

106                    CHARLISE YOU CAN'T DO THE
107         WORK IF YOU'RE HIGH.
108         ARE YOU CRAZY?

109                    THOR
110         NO NOT CRAZY.  I JUST HAVE TO GET
111         HIGH TO DO THE WORK.

112  CHARLISE LOOKS UP INTO THE CEILING AS IF PRAYING.

113                    CHARLISE
114         OH LORD, WHAT A DAY THIS IS GOING TO
115         BE.

116  SHE LOOKS AT THOR.

117                    CHARLISE (CONT'D)
118         WHAT'S YOUR NAME?

119                    THOR THORNTON WILEY,
120  PEOPLE CALL ME THOR. SHE WRITES DOWN HIS
121  NAME AND SMIRKS AT HIM.

122                    CHARLISE
123         JUST A MINUTE.

124  SHE WALKS AWAY FROM THE DESK.

125  SCENE B

126  DAVIDSON, SEAN, NJEZA

127  DAVIDSON AND SEAN ARE MEETING IN DAVIDSON'S OFFICE.THE
128  OFFICE IS CLUTHERED WITH MILITARY AND VIETNAM WAR
129  PARAPHANELIA.

130                    DAVIDSON MAN, YOU GUYS HAD
131         IT ROUGH OVER THERE.  WHICH WAS
132         WORST, IRAQ OR AFGHANISTAN?

133                    SEAN THEY WERE THE
134         SAME.  YOU KNOW WAR.

135                    DAVIDSON
136         YEAH.  NAM WAS HELL.  MAN!  YOUR WARS
137         WAS JUST BABY WARS.

5.

```
138                          SEAN
139              BABY WARS?

140                          DAVIDSON YEAH.  YOU KNOW,
141              JUST SMALL WARS.

142                          SEAN
143              SMALL WARS?  HUH.  WELL, I GUESS
144              YOURS WAS A JUNGLE BUNNIE WAR.

145                          DAVIDSON JUNGLE BUNNIE?
146              WHAT you getting at.

147                          SEAN YOU KNOW, A
148              WAR IN A JUNGLE.

149                          DAVIDSON
150              AND THE BUNNIE PART?

151                          SEAN
152              MEANING YOU GUYS JUST HOPPED IN
153              HELICOPTERS ALL THROUGH THE JUNGLE.

154                          DAVIDSON I GUESS YOU GUYS
155              WERE DESERT BUNNIES.
156              HOPPING THROUGH THE DESERT LIKE JACK
157              ASSES.

158                          SEAN YOU
159              MEAN JACK RABBITS?

160                          DAVIDSON
161              YEAH, WHATEVER.

162   THEY BOTH NOTICE A TALL GEORGEOUS AFRICAN WOMAN , 23 YEARS
163   OLD (NJEZA) WALKING BY DAVIDSON'S OFFICE.

164                          SEAN
165              NJEZA!

166                          DAVIDSON
167              WHO'S THAT!

168                          SEAN
169                   (whispers)
170              NEW GIRL.

171   DAVIDSON PULLS HIS EAR WITH HIS FINGER (DEMONSTRATING HE
```

6.

172  DIDN'T HEAR) NJEZA WALKS INTO THE OFFICE HOLDING MANILA

173  FOLDER FILES.

174            SEAN (CONT'D) THIS IS NJEZA, SHE'S
175                      NEW FROM AFRICA.

176                      DAVIDSON
177            AFRICA?

178                      SEAN
179            YEAH, TANZANIA.

180                      DAVIDSON
181            ALBANIA?

182  SEAN RAISES HIS VOICE SLIGHTLY.

183                      SEAN
184            TANZANIA!

185  DAVIDSON REACHES OUT HIS HAND AND SHAKES NJEZA'S.

186                      DAVIDSON
187            WELCOME ABOARD.  HOPE YOU LIKE IT
188            HERE.  KNOW ANYTHING ABOUT SHAKA
189            ZULU?

190                      NJEZA
191              (SPEAKING BROKEN
192               ENGLISH)
193            NO.  NOT REALLY.  MY PARENTS MOVED
194            HERE WHEN I WAS NINE.  I KNOW CHAKA
195            CHAN.

196                      DAVIDSON
197            WHAT ABOUT CHAKA KHAN?

198                      NJEZA SHE
199            WASN'T FROM AFRICA.

200                      DAVIDSON
201              (SAARCASTICALLY) NO.  WHERE'S SHE
202            FROM?  ZULU LAND?

203                      NJEZA
204              (SMARTLY)
205            CHICAGO.

206                      DAVIDSON

```
207                    HEY, YOU DO KNOW CHAKA.  YOU'RE GOING
208              TO BE ALRIGHT JESUS. GLAD TO MEET
209              YOU.

210                        NJEZA        IT'S
211    NJEZA.  N-JE-AZ. NJEZA TURNS AND WALKS
212    FROM HIS OFFICE.

213    DAVIDSON SHUTS HIS DOOR AND LOOKS AT SEAN.

214                        DAVIDSON N-Je-AZ.   WHAT
215              KIND OF NAME IS THAT.

216                        SEAN
217              IT'S SWAHILI.

218                        DAVIDSON
219              IT'S WATUSI.

220                        SEAN
221              OH, COME ON, MAN.  LIGHTLY UP.
222              GIVE HER A BREAK. DAVIDSON

223              SEE SEAN, THAT'S WHAT I MEAN.  YOU
224              AND I FIGHT THE WARS.  THEY BRING
225              THESE FOREIGNERS OVER HERE AND EXPECT
226              US TO WORK WITH THEM LIKE THEY'RE OUR
227              FRIENDS.

228                        SEAN SHE'S COOL,
229              MAN.  SHE'S COOL.

230    SEAN GETS UP TO LEAVE DAVIDSON'S OFFICE.

231    DISAPPOINTEDLY, DAVIDSON LOOKS AT HIM AND MOTIONS FOR HIM TO
232    COME BACK TOWARD HIM.

233                        DAVIDSON
234                   (WHISPERS)
235              SEAN, I THINK THEY'VE GOT TO YOU,
236              MAN.

237                        SEAN
238                   (WHISPERS) I'M COOL
239              OL'SCHOOL.  I'M COOL.

240    DAVIDSON LEANS TOWARD HIM WHILE HOLDING HIS EAR,
241    DEMONSTRATING THAT HE DID NOT HEAR.
```

8.

```
242                     SEAN (CONT'D)
243              (RAISING HIS VOICE)
244         I'M COOL!

245                     DAVIDSON
246              (RAISING BACK UP)
247         YEAH.

248   SEAN ONCE AGAIN ATTEMPTS TO LEAVE THE OFFICE.

249   DAVIDSON CALLS HIM BACK.  DAVIDSON PUTS UP A BALLED FIST.
250   THE TWO OF THEM DAP, ONLY SEAN CANT REMEMBER HOW ITS DONE.

251                     DAVIDSON (CONT'D)
252         ONE DAY YOU'LL GET THIS, BOY.  THIS
253         IS WHAT WE DID IN NAM.  GET ON OUT
254         OF HERE.
255              (UNDER HIS BREATH) YOU THE
256         MAN, SEAN.  YOU THE MAN.

257   SEAN LEAVES.

258   SCENE C MARGARITE,

259   DAVIDSON, NJEZA.

260   MARGARITE SITS IN HER OFFICE.  ON HER DESK IS AN OPEN BIBLE.
261   IN HER LAP ARE TWO MANILA FOLDER AND BETWEEN THE FOLDERS
262   IS A BOTTLE OF WHISKEY. DAVIDSON KNOCKS ON HER DOOR. SHE
263   HURRIEDLY PUT THE BOTTLE INTO ONE OF HER DESK DRAWERS.

264                     MARGARITE
265         YES!
266              (UNDER HER
267   BREATH) LIFE'S GOLD. DAVIDSON
268   ENTERS.

269                     DAVIDSON
270         MARGO.  DID YOU KNOW ABOUT THE NEW
271         HIRE?

272                     MARGARITE
273              (RAISED VOICE) YES!
274         SHE'S FROM TANZANIA!

275                     DAVIDSON
276         THAT'S WHAT I MEAN.  NOW WHAT THE
277         HELL ARE WE HIRING SOMEONE FROM
```

9.

```
278                TANZANIA FOR WHEN A LOT OF AMERICANS
279                NEED A JOB.

280                          MARGARITE
281                     (RAISED VOICE) DAVIDSON!
282                TANZANIANS NEED JOBS TOO!

283                          DAVIDSON
284                YOU KNOW, YOU'RE RIGHT.
285                     (UNDER HIS BREATH)
286                IN TANZANIA.

287   MARGARITE GIVES HIM A HARSH LOOK.

288                          MARGARITE IN
289                AMERICA MAN!  IN AMERICA!

290                          DAVIDSON
291                HERE,  THEY'RE SECONDARY TO US
292                AMERICANS.

293                          MARGARITE
294                AND WHY'S THAT?

295                          DAVIDSON
296                THEY'RE TANZANIANS!

297   MARGARITE PICKS UP HER BIBLE AND POINTS TO IT.  DAVIDSON
298   LOOKS DOWN TO THE GROUND.

299                          MARGARITE
300                THIS BOOK DON'T SAY NOTHING ABOUT
301                TANZANIANS AND AMERICANS.  IT JUST
302                TALKS ABOUT GOOD PEOPLE.  IF YOU'RE
303                PEOPLE AND YOU'RE GOOD.  YOU'RE A
304                FRIEND OF MINE.

305   DAVIDSON LEANS FORWARD

306                          DAVIDSON
307                WHAT'S IT SAY IN THERE ABOUT PEOPLE
308                WITH STRONG DRINK?

309   MARGARITE LOOKS AT HIM, THEN LEANS TOWARD HIM, HOLDS HER
310   EAR.

311                          MARGARITE
312                HUH?
```

10.

313                         DAVIDSON
314             OH, NEVER MIND.

315   DAVIDSON HOLDS OUT HIS FIST FOR THE

316   DAP. MARGARITE THROWS A FOLDER AT HIM.

317   HE RUNS OUT THE DOOR.

318   SHE SHUTS HER DOOR, STANDS UP STRAIGHT, AND PUTS HER HANDS
319   ON HER HIPS.

320   SHE HEARS A KNOCK ON THE DOOR. SHE QUICKLY

321   THROWS IT OPEN WITH A CLINCHED FIST.

322                         MARGARITE
323             DAVIDS...

324   CHARLISE COMES INTO VIEW.

325   SHE PUTS HER FIST DOWN.

326   CHARLISE ENTERS HER OFFICE.

327   MARGARITE WALKS OUT INTO THE HALL AS IF SHE'S LOOKING FOR
328   DAVIDSON.

329   CHARLISE LOOKS AT HER IN THE HALL.

11.

```
1                      CHARLISE
2                      HE'S GONE.  RAN LIKE
                       HE SEEM HIS 3     DEAD
                       ANCESTORS.

4                      MARGARITE
5                      HE CAME FROM HERE.  YOU
                       CALLING ME
6                      DEAD.

7                      CHARLISE
8                      YOU HIS ANCESTORS.

9                      MARGARITE
10                     YOU CAN'T BE SERIOUS.

11                     THEY BOTH LAUGH

12                     MARGARITE (CONT'D)
13                     WHAT YOU WANT GIRL?

14                     CHARLISE I NEED TO
15                     PEEP INTO THE VAULT.

16                     MARGARITE
17                     WHAT FOR?

18                     CHARLISE I'M
19                     HAVING A HARD DAY,
                       GIRL.

20                     MARGARITE
21                     DAVIDSON?

22                     CHARLISE
23                     NAW, WORST.

24                     MARGARITE WHAT
25                     CAN BE WORST THAN HIM?

26                     CHARLISE
27                     DWARFS.

28                     MARGARITE
29                     DWARFS?  WHAT DWARFS?

30                     CHARLISE
```

12.

31        YOU'RE ABOUT TO SEE.
          NOW LET ME 32      PEEP
          INTO THE VAULT.

33        MARGARITE DID YOU PUT
34        SOMETHING IN THE VAULT?

35        CHARLISE AW, COME ON
36        NOW.  YOU KNOW WE COOL.

13.

1   MARGARITE REACHES INTO HER DRAW AND PULLS OUT THE WHISKEY
2   BOTTLE.

3   SHE HANDS IT TO CHARLISE.

4   CHARLISE TAKES A SIP AND HANDS IT BACK TO
5   HER.

6   MARGARITE TAKES A SIP AND QUICKLY PUTS IT BACK INTO THE
7   DRAWER.

8                       CHARLISE (CONT'D)
9               LOOK.  THERE'S A LITTLE DWARF IN
10              THERE LOOKING FOR A JOB.

11              MARGARITE THEY NEED PEOPLE AT THE CAR
12                        WASH.

13                      CHARLISE
14              TO DO WHAT?

15                      MARGARITE
16              FOR HIM?  WASHING UNDERNEATH THE
17              CARS.

18  THEY LAUGH.

19                      CHARLISE WELL, HE SAYS HE
20              WANTS TO GET HIGH.

21                      MARGARITE
22              GET HIGH!  AND WORK?

23                      CHARLISE
24              YEAH.  I KNOW IT SOUNDS CRAZY BUT ITS
25              YOUR JOB TO INTERVIEW HIM.

26                      MARGARITE
27              IT'S NOT MY JOB TO GET HIM HIGH.  I
28              CAN'T AFFORD EVERYBODY'S ADDICTION.
29              IT'S ENOUGH AFFORDING YOURS.

30                      CHARLISE
31              WHAT ABOUT ROG?

32                      MARGARITE
33              ROGER!

34                      CHARLISE
35              HE HANDLES ALL THE HARD CASES.  YOU

14.

```
36              THINK THIS CAN BE ONE UP HIS ALLEY?

37                        MARGARITE
38              DEPENDS.

39                        CHARLISE
40              ON WHAT?

41                        MARGARITE
42              WELL, YOU KNOW ROGER.  IT DEPENDS ON
43              WHAT ALLEY HE'S IN TODAY.

44                        CHARLISE
45              YEAH.  AND IF IT'S THE RIGHT DAY, IT
46              COULD BE A WIDE ALLEY.

47                        MARGARITE
48              TAKE THE CASE TO HIM AND SEE IF HE'D
49              LIKE TO HANDLE IT.

50                        CHARLISE
51              GOOD IDEA.

52  CHARLISE LEANS TOWARD MARGARITE.

53                        CHARLISE (CONT'D)
54              CAN I HAVE ONE MORE PEEP INTO THE
55              VAULT?

56  MARGARITE REACHES FOR THE DRAWER WITH THE WHISKEY BOTTLE.

57  SHE STOPS JUST BEFORE OPENING IT.

58                        CHARLISE (CONT'D)
59              WHAT'S UP?

60                        MARGARITE
61              IT'S TIME LOCKED.  WON'T OPEN AGAIN
62              UNTIL 9AM TOMORROW.
63                   (SHE LAUGHS) NOW
64              GET ON OUT OF HERE.

65  CHARLISE SNARLS, SPRAYS BREATH FRESHNER INTO HER MOUTH, AND
66  WALKS FROM HER OFFICE, LEAVING THE DOOR OPEN.

67                        MARGARITE (CONT'D)
68              YOU BORN ON AN OPEN RANGE OR
69              SOMETHING!  LEARN HOW TO SHUT A
70              DOOR.
```

15.

71   CHARLISE GIVES HER A FINGER WITHOUT TURNING AROUND.

72   SCENE D CHARLISE WALKS DOWN

73   THE HALL.

74   SHE RUNS INTO LAMAR.

75   SHE'S INFATUATED WITH LAMAR,( WHO'S A SINGLE FATHER IN
76   SEARCH
77   OF A MOTHER FOR HIS KIDS.  HE'S NOT INTERESTED IN CHARLISE.)

78                      CHARLISE
79                 (SHYLY SPEAKING)
80            HI LAMAR.  MY COUSIN IS SKATING AT
81            THE ARENA THIS WEEKEND.

82                      LAMAR
83         SKATING?

84                      CHARLISE
85         YEAH, ICE SKATING.

86                      LAMAR
87         ICE SKATING.

88                      CHARLISE
89         YES, SHE'S PERFORMING IN DISNEY ON
90         ICE.

91                      LAMAR
92         I WON'T HAVE ANY INTEREST IN THAT,
93         CHARLISE.

94                      CHARLISE WELL, MY COUSIN
95         GAVE ME THREE TICKETS.
96         I THOUGHT YOU MIGHT WANT TO GO AND
97         WE COULD TAKE YOUR DAUGHTER

98                      LAMAR YEAH, SHE'D
99         REALLY LIKE THAT.

100  DAVIDSON WALKS INTO THE HALL.

101                     DAVIDSON
102        ...BUT YOU'LL HAVE TO WORK THIS
103        WEEKEND.  YOUR CASELOAD IS WAY BEHIND.

104  HE CONTINUES DOWN THE HALL AND HOLLERS BACK.

105                     DAVIDSON (CONT'D)

16.

```
106                    THERE'LL BE NO ROMANCING ON THE ICE
107                    CUBE FOR YOU TWO.  NO, NO, NOT THIS
108         WEEKEND.

109                              LAMAR WOW,
110    THANKS ANYWAY CHARLISE. SHE HOLLERS
111    DOWN THE HALL TO DAVIDSON.

112                              CHARLISE
113                    I'M SURE THE ICE'LL MELT ANYWAY
114    FROM ALL OUR ROMANCING. SHE TURNS BACK TO
115    LAMAR.

116                         LAMAR WELL, TALK TO YOU
117              LATER.  GOTTA GO.

118    SHE WATCHES HIM WALK DOWN THE HALL.

119    SHE LICKS HER LIPS, TURNS AND WALKS AWAY.
```

17.

120   ROGER'S OFFICE IS NEAT.  ALL THINGS ARE IN THEIR RIGHTFUL
121   PLACE.  HE'S DUSTING AND STRAIGHTENING UP PICTURE FRAMES.
122   CHARLISE COMES INTO HIS DOOR FRAME.

123                    CHARLISE
124          HI ROGER.

125                    ROGER HI
126          CHARLISE.  WHAT'S UP.

127                    CHARLISE THERE'S A CLIENT
128          WHO NEEDS YOUR HELP.

129                    ROGER
130          HOPE IT NOT LIKE MR. WEINGATE WHOM
131          YOU HAD ME WORK WITH A FEW WEEKS AGO.

132                    CHARLISE
133          OH.  HOW DID THAT GO.

134                    ROGER
135          WELL, AFTER PRETENDING TO BE HIS
136          DATE AT THE OFFICE DINNER.  THE BITCH
137          HIRED HIM BACK.  I HAD TO TEACH HER A
138          LESSON.

139                    CHARLISE
140          WHICH ONE WAS THAT?

141                    ROGER
142          THAT HE WASN'T A PUSHOVER AND CAN
143          HAVE A FINE BROAD, IF HE WANTED TOO.
144          I CALL THAT MOVE MY MISS DIRECTION.

145                    CHARLISE
146          MISS DIRECTION?

147                    ROGER
148          YEAH.  THAT WHEN YOU THINK YOU SEE
149          SOMETHING AND YOU REALLY DON'T.

150                    CHARLISE I THOUGHT YOU
151          CALLED THAT AN ILLUSION.

152                    ROGER
153          IN MY WORLD, IT'S CALLED THE M-I-S-S
154          DIRECTION.  WORKS ALL THE TIME.
155          ILLUSIONS AREN'T REAL.  I AM.

18.

```
156                         CHARLISE
157            ROGER, YOU ARE A MAGICIAN.  OKAY,

158            MISS DIRECTION.  I NEED YOU TO
159            MISDIRECT SOMETHING FOR ME.

160                         ROGER WHAT YOU
161   GOT FOR ME? CHARLISE CLOSES HIS

162   OFFICE DOOR. THERE'S A KNOCK FROM

163   OUTSIDE THE DOOR.

164   SHE OPENS THE DOOR.

165                         CHARLISE
166                  (SURPRISED)
167            OH, DAVIDSON!

168                    DAVIDSON CHARLISE!
169            WHAT'RE YOU DOING HERE?
170            YOU'RE SUPPOSED TO BE AT THE FRONT
171            DESK.

172   ROGER WALKS OVER AND TOUCH DAVIDSON AS A HELLO GESTURE.

173   DAVIDSON JUMPS BACK.

174                    DAVIDSON (CONT'D)
175            DON'T TOUCH ME ROGER.

176                       ROGER
177            DON'T WORRY I'M CAREFUL WHEN COMES TO
178            DISEASES.

179                      DAVIDSON
180            WHAT DISEASE DO YOU TRY TO STAY AWAY
181            FROM.

182                       ROGER
183            DAVIDSON.

184                      DAVIDSON
185   .        THAT'S ME.

186                    ROGER NO I MEAN
187            YOU'RE THE DISEASE.

188                      DAVIDSON
189            WATCH YOUR MOUTH, BOY.  JUST KEEP
190            YOUR HANDS TO YOURSELF.  I DON'T
```

19.

```
191              LIKE YOU, I JUST HAVE TO TOLERATE
192              YOU.

193                        CHARLISE WELL, LET
194              ME TELL YOU DAVIDSON.
```

```
 1                        DAVIDSON LEANS FORWARD
                          AND HOLDS HIS EAR.

 2                        DAVIDSON
 3                        WELL, I'M LISTENING.

 4                        CHARLISE
 5                        I'M HAVING A PROBLEM
                          WITH THE
 6                        (MORE)
 7                        CHARLISE (CONT'D)
 8                        (USES HER HAND TO
 9                        SHOW THE HEIGHT OF
10                        THOR)
11                        LITTLE MAN.  YOU SEE HE
                          WANT TO WORK 12   AND
                          GET HIGH AT THE SAME
                          TIME.

13                        DAVIDSON
14                        WELL, I'M SURE YOU TOLD
                          HIM THAT'S 15    NOT
                          POSSIBLE.

16                        CHARLISE
17                        YES, BUT HE FEELS
                          THAT'S THE ONLY 18
                              WAY HE CAN DO THE
                          JOB.

19                        ROGER DID YOU TELL
20                        HIM IT'S ILLEGAL.

21                        CHARLISE
22                        I DID.

23                        DAVIDSON
24                        WHAT'D HE SAY.

25                        CHARLISE
26                        HE KEEPS INSISTING THAT
                          IT'S THE
27                        ONLY WAY HE CAN DO THE
                          JOB.  SO I
28                        CAME TO SEE ROGER AS
                          OUR LEGAL 29
                              REPRESENTATIVE, HE
```

21.

```
                      SHOULD KNOW WHETHER 30
                         WE CAN ASSIST HIM OR
                      NOT.

31                    DAVIDSON
32                    YEAH, WE CAN ASSIST HIM
                      - RIGHT OUT
33                    THIS OFFICE.

34                    ROGER
35                    I AGREE.

36                    CHARLISE
37                    YOU AGREE?

38                    ROGER
39                    YES, WE CAN ASSIST HIM
                      FROM THIS
40                    OFFICE.
```

22.

```
1                          DAVIDSON
2               AND JUST HOW ARE WE SUPPOSE TO DO
3               THAT?

4                          ROGER WELL, EVERYONE HAS
5               A RIGHT TO WORK.

6                          DAVIDSON
7               EVEN DRUG ADDICTS?

8                          ROGER
9               EVEN DRUG ADDICTS.

10                         CHARLISE
11              ALCOHOLICS?

12                         ROGER MARGARITE CONFIRMS
13              THAT ONE.

14                         DAVIDSON
15                   (UNDER HIS BREATH)
16              YEAH, I KNOW.

17   BOTH CHARLISE AND ROGER GRAB THEIR EAR AND LEAN TOWARD
18   DAVIDSON.

19   DAVIDSON NOTICE AND REPEATS.

20                         DAVIDSON (CONT'D)
21                   (LOUDLY)) I
22              SAID, I KNOW.

23                         ROGER
24              AS LONG AS ONE DON'T CREATE DANGER
25              TO HIMSELF OR OTHERS A PERSON IS
26              ALLOWED TO WORK UNDER THE
27              INFLUENCE.

28                         CHARLISE
29              WHAT IF HE'S TOO SMALL TO REACH
30              INFLUENCE.

31                         ROGER
32              WELL, HE'S SMALL ENOUGH TO BE UNDER
33              IT.

34                         DAVIDSON
35              YOU MEAN HIGHER ENOUGH.

36                         CHARLISE
```

23.

37            NO.  HE MEANS SMALL ENOUGH

38                      DAVIDSON WELL I HAVE TO
39            GET BACK TO MY OFFICE.

40            CHARLISE FINISH UP WITH ROG AND HURRY
41            BACK TO THE FRONT DESK.

42   ROGER GOES TO GET THE DOOR.

43                      DAVIDSON (CONT'D)
44                 (INTERRUPTS HIM)
45            ROG!  DON'T TOUCH THAT DOOR KNOB.  I
46            KNOW PEOPLE LIKE YOU AND I DON'T
47            TRUST YOU.  NOW MOVE ASIDE.

48   DAVIDSON WALKS OUT AS ROGER WITH HANDS IN THE AIR MAKES
49   GHOSTLY SOUNDS TOWARD HIM. DAVIDSON LOOKS BACK AT HIM
50   BUT KEEPS MOVING OUT THE DOOR.

51                      CHARLISE
52            HE'S SUCH AS HOMOPHOB.

53                      ROGER
54            YEAH, TOO STUPID TO REALIZE I'M A
55            CROSS-DRESSER NOT A HOMOSEXUAL.

56                      CHARLISE HE KNOWS YOU'RE
57            MARRIED WITH CHILDREN.

58                      ROGER NO, THAT WOULD
59            REALLY FRIGHTEN HIM.

60                      CHARLISE WHY NOT,
61            EVERYTHING ELSE DOES.
62                 (SHE DISPLAYS A
63                 HELPLESS LOOK) ROG CAN YOU HELP
64            THE LITTLE MAN.

65                      ROGER
66            FOR YOU, CHARLISE.  I'LL TRY.  GO AHEAD AND
67   SEND HIM BACK TO ME. CHARLISE ATTEMPTS TO LEAVE. SHE
68   OPENS THE DOOR JUST AS MARGARITE IS ABOUT TO KNOCK.

69                      MARGARITE
70            YOU STILL HERE?

24.

71                          CHARLISE
72          I'M ON MY WAY OUT.

73                          ROGER WHAT CAN I
74   DO FOR YOU MARGARITE? CHARLISE LEAVES.

75                          MARGARITE
76          DEPENDS.

77                          ROGER
78          ON WHAT?

79                          MARGARITE WHO YOU ARE
80          TODAY.  ROGER OR VERONICA.

81   HE LAUGHS.

82                          ROGER
83          YOU MEAN RONNIE.  I'M ROGER.  TONIGHT,
84          RONNIE.

85   FADE OUT.

86                          END OF ACT
87   ACT TWO

88   SCENE ONE CHARLISE IS AT FRONT DESK

89   WITH THOR.

90   THE LINE HAS DOUBLED.

91   SHE ADDRESSES THE LINE.

92                          CHARLISE
93          LADIES AND GENTLEMEN, I'M ONLY
94          SERVICING THE NEXT SIX PEOPLE BEFORE
95          LUNCH BREAK.

96                          MAN IN LINE
97          YOU CAN SERVE ME ANYTIME , BABY.  I
98          CAN LOOK AT YOU ALL DAY, IF NEED
99          BE.

100                         CHARLISE
101         YOU NEED TO FINE A JOB YOU CAN WORK
102         ALL DAY, IF NEED BE.

103  SHE TURNS HER ATTENTION BACK TO THE CROWD.

25.

```
104                         CHARLISE (CONT'D)
105              IF YOU LEAVE PLEASE BE BACK AFTER
106              ONE.

107  SOME OF THE PEOPLE LEAVE AND SIX REMAIN.

108  THOR IS STANDING IN THE CHAIR WITH HIS HEAD IN HIS HANDS
109  WATCHING CHARLISE.

110                         CHARLISE (CONT'D)
111              THOR, RIGHT.

112                         THOR
113              YES.

114                         CHARLISE
115              WE'RE DOING ALL WE CAN TO ASSIST
116              YOU.  I'M SENDING YOU BACK TO ONE OF
117              MY COLLEAGUES WHO MAYBE CAN HELP
118              YOU.  BUT REMEMBER, WE DON'T HELP
119              PEOPLE GET HIGH, SO BE CAREFUL WHAT
120              YOU SAY WHEN YOU GET BACK THERE.

121                         THOR
122                  (LOOKING DIRECT AND
123                   SINCERE INTO CHARLISE
124                   EYES)
125              MA'AM, I CAN DO THE JOB.  I REALLY
126              CAN.

127                         CHARLISE
128              HIGH?

129                         THOR
130              OF COURSE, HIGH.

131  SHE WRITES HIM A NOTE AND HANDS IT TO HIM.

132                         CHARLISE
133              GO ON BACK TO ROOM D, MR. ROGER
134              BALDWIN WILL BE THERE TO ASSIST
135              YOU.

136  THOR JUMPS DOWN AND STARTS TO WALK AWAY.

137                         CHARLISE (CONT'D)
138              THOR!

139  HE TURNS AROUND.
```

140                         THOR
141            YES.

142                         CHARLISE
143                 (WITH BASS IN HER
144                  VOICE)
145            GET BACK HERE AND PUT THIS CHAIR
146            WHERE YOU FOUND IT!

147                         THOR
148            OH, SORRY.

149    HE COMES BACK, GET THE CHAIR AND RETURN IT TO ITS TABLE.

150    CHARLISE WATCHES HIM WITH DISGUST.

151                         CHARLISE
152             NEXT!SCENE

153    FADE OUT

154    SCENE TWO ROGER IS IN HIS OFFICE

155    SMOKING WEED.

156    THOR KNOCKS ON DOOR.

157                         ROGER
158                 (TALKS WITH SMOKE IN
159                  MOUTH)
160            WHO IS IT?

161                         THOR
162            THORTON WILEY.

163                         ROGER
164            COME ON.

165    THOR ENTERS AS ROGER IS WAVING HIS ARMS TO MOVE THE SMOKE
166    AROUND.

167                         ROGER (CONT'D)
168            HEY,
169                 (HE OFFERS THOR A
170                  SEAT)
171            HAVE A SEAT.

172    ROGER GETS UP AND TURNS ON AN AIR HUMIDIFIER.

173                         ROGER (CONT'D)

27.

```
174              YOU HAVE TO BE CAREFUL AND NOT LET
175              THE SMOKE GET INTO THE HALLWAY.
176              PEOPLE WILL BE ABLE TO DETECT THAT
177              YOU'RE GETTING HIGH.

178   THOR LOOKS PERPLEXED AND CONFUSED AT ROGER.

179                      ROGER (CONT'D)
180              YOU KNOW WHAT I MEAN, RIGHT.

181   THOR AGREES, MOVING HIS HEAD UP AND DOWN, BUT STILL LOOKING
182   CAUTIOUSLY AT ROGER.

183   ROGER EXHALES SMOKE AND TAKES ANOTHER TOKE OF THE WEED.

184                      ROGER (CONT'D)
185                  (LOOKING AT THOR)
186              THOR, RIGHT.

187                      THOR
188              YES, SIR.

189                      ROGER
190                  (ACTING CLANDESTINE)
191              CHARLISE TOLD ME YOU'RE LOOKING FOR
192              A JOB THAT GETS YOU HIGH.

193                      THOR
194              YES, IT'S A....

195                      ROGER
196              DON'T WORRY.  YOU CAN GET HIGH ON
197              MANY JOBS.  YOU SEE YOU JUST CAN'T
198              PRESENT A DANGEROUS SITUATION TO
199              YOURSELF OR ANYONE ELSE.  YOU KNOW
200              WHAT I MEAN.

201                      THOR YES, I
202              KNOW WHAT YOU MEAN.

203                      ROGER
204              SEE, LOOK AT ME
205                  (HE TAKES ANOTHER
206                   TOKE)
207              I'M GETTING HIGH AND NOT CAUSING A
208              DANGER TO EITHER YOU OR ME.
209                  ( HE LOOKS CLOSER AT
210                   THOR) MAN, YOU'RE
211              GETTING SMALLER.
```

212   THOR SCOOTS BACK IN HIS CHAIR AS IF TO GET AWAY.

213   ROGER SITS BACK.

214                    ROGER (CONT'D)
215          NOW, ANOTHER SECRET ABOUT GETTING
216          HIGH WHILE YOU ARE WORKING IS TO
217          KEEP YOUR BUSINESS TO YOURSELF.   YOU
218          KNOW WHAT I MEAN?

219                    THOR
220          YEAH.

221                    ROGER
222             (POINTING TO HIS
223             HUMIDIFIER) YOU SEE MY
224   HUMIDIFIER OVER THERE? THOR SHAKES HIS
225   HEAD SLOWLY UP AND DOWN.

226                    ROGER (CONT'D)
227          THAT KEEP ME SAFE FROM THE INTRUDERS
228          OF THIS OFFICE.   I KNOW THEY HAVE
229          BEEN TRYING TO CATCH ME GETTING HIGH.
230          BUT I'M SLICKER THAN THEM.   YOU HAVE TO BE
231   SLICK TOO, OKAY. THOR SHAKES HIS HEAD SLOWLY UP THEN
232   DOWN. ROGER TAKES ANOTHER TOKE AND HANDS THE JOINT
233   TO THOR.

234   THOR STRANGELY TAKES IT.

235                    ROGER (CONT'D)
236          GO AHEAD SMOKE IT.   IT'S COOL.   I'M
237          COOL.   I'M STILL GOING TO GET YOU
238          THE JOB.
239                 (MORE)
240                    ROGER (CONT'D) MATTER
241          FACT, I'VE ALREADY CALLED MR.
242          DONOVAN.   HE'S ON HIS WAY OVER HERE
243          TO CHECK YOU OUT.

244   THOR SMILES AND GET EXCITED ABOUT THE POSSIBILITY OF
245   GETTING A JOB.   HE SCOOTS CLOSER TO ROGER.

246                    THOR
247          REALLY?

29.

248                    ROGER
249          REALLY.

250   ROGER NOTICES THAT THOR ISN'T SMOKING.

251                    ROGER (CONT'D)
252          YOU GOING TO SMOKE THAT THING OR
253          JUST HOLD IT?

254   THOR PUT IT TO HIS MOUTH AND TAKE A DEEP
255   DRAG.

256   HE START COUGHING INCESSANTLY. ROGER JUMPS UP

257   AND START PATTING HIM ON HIS BACK.

258   ROGER IS LOOKING AROUND AS THOUGH HE IS ABOUT TO BE
259   DISCLOSED.

260                    ROGER (CONT'D)
261              (WITH HIS FINGER OVER
262              HIS MOUTH)
263          SHHHHHHHHH.  SHHHHHHHHHH.  BE COOL,
264   BE COOL.  DON'T GIVE US UP, BABY. ROGER TAKES
265   THE JOINT FROM THOR.

266   THOR SETTLES DOWN.

267                    ROGER (CONT'D)
268          DON'T BE SO UPTIGHT, MAN.  YOU'RE
269          NERVOUS AND THE SMOKE CAN'T GET DOWN
270          TO YOUR LUNGS THE RIGHT WAY. (HE
271          HANDS THE JOINT
272              BACK TO THOR) NOW RELAX AND
273          TAKE YOU TIME WITH IT.

274   THOR TAKES ANOTHER PULL FROM THE JOINT AND STARTS TO GAG.

275   ROGER JUMPS UP AND TAKES IT AWAY AGAIN.

276   ROGER SITS BACK DOWN AT HIS DESK.

277                    ROGER (CONT'D)
278          I THINK THIS STUFF IS TOO RICH FOR
279          YOU, MAN.  IT'S HYDROPONIC YOU KNOW.
280          FROM CANADA.  YEP, GOOD OL'VANCOUVER.
281          THEY MAKE IT GOOD UP THERE YOU KNOW.
282                    (MORE)

30.

283                          ROGER (CONT'D) NOT
284          LIKE THAT STUFF FROM MEXICO.
285          CANADIANS GOT IT DOWN, BABY. ROGER'S

286   DESK PHONE RINGS.

287   HE QUICKLY BLOWS OUT THE SMOKE ALL THE TIME WAVING HIS ARMS
288   IN THE AIR.

289                          ROGER (CONT'D)
290              HEYLO!

291   HE PUTS THE PHONE TO HIS CHEST TO COVER IT.

292                          ROGER (CONT'D)
293              (WHISPERS)
294          IT'S MR. DONOVAN.

295   THOR GETS EXCITED AND TAKES ANOTHER PUFF OF THE JOINT.

296                          ROGER (CONT'D) YES, HE'S
297          HERE IN MY OFFICE....

298                          DONOVAN
299          WHAT'S HIS NAME?

300                          ROGER THORTON WILEY, GOES
301          BY THE NAME THOR.

302                          DONOVAN IS HE BIG
303          AND STRONG LIKE THOR.

304                          ROGER YES, BIG AND
305          STRONG LIKE THOR.

306                          DONOVAN
307          OKAY, I'M IN THE AREA SO I'LL RUN
308          RIGHT OVER TO SEE HIM.

309                          ROGER OKAY, GOOD.  WE'LL
310          SEE YOU SOON.

311   ROGER HANGS UP THE PHONE AND TURNS TO THOR.

312   THOR IS TAKING LARGE PUFFS FROM THE JOINT AND NOW WAVING
313   HIS HANDS TO STIR THE SMOKE.

314                          THOR
315              (BETWEEN PUFFS)
316          IS THAT DONOVAN.

31.

317                              ROGER
318              YEAH
319                  (REACHING FOR THE
320                      JOINT) THOR TAKES ANOTHER

321  PUFF AND PASSES IT TO HIM.


322                              THOR
323              IS HE COMING?

324                          ROGER YEAH, HE
325              WANTS TO SEE YOU.

326  THOR BEGINS TO FEEL WEIRD.  HE SEES ROGER'S FACE ENLARGE
327  AND SHRINK.

328  HE FLICKS HIS EYELIDS. HE STARTS FANNING HIS ARMS. HE

329  JUMPS DOWN FROM THE CHAIR AND RUNS OUT ROGERS OFFICE.

330  ROGER SITS, WATCHING HIM AS HE RUNS FROM HIS OFFICE.

331  ROGER SITS BACK.

332                          ROGER (CONT'D)
333              WHEW....THEM CANADIANS.
334                  (HE STANDS AND STARTS
335                      TO DANCE THEN SING) GO CANADA...GO
336  CANADA...GO CANADA. CUT TO ROGER RUNNING DOWN THE
337  HALL (FAST SPEED CAMERA)

338  FADE OUT

32.

339  DONOVAN IS TALKING WITH CHARLISE AT THE FRONT DESK.

340                    CHARLISE HE
341           SEEMS LIKE A GOOD WORKER.

342                    DONOVAN ROGER SAID I
343           COULD SEE HIM TODAY.

344                    CHARLISE
345           HE'S IN THE WAITING ROOM.   I'LL GO
346           GET HIM FOR YOU.

347  DONOVAN TAKES A SEAT BY THE DOOR AND WAITS FOR THOR AND
348  CHARLISE TO RETURN.

349                    MAN IN WAITING AREA
350              (LOOKING AT DONOVAN)
351           MAN YOU GOT ONE OF THEM GIT HIGH
352           JOBS.

353                    DONOVAN
354           EXCUSE ME.

355                    MAN IN WAITING AREA
356           ONE OF THEM GIT HIGH JOBS.   YOU KNOW
357           THE WORK YOU DO.

358                    DONOVAN
359           OH, YEAH, YEAH.   I KNOW WHAT YOU
360           MEAN.   GIT HIGH JOB.

361                    MAN IN WAITING AREA
362           YEAH, GIT HIGH.

363  CHARLISE WALKS UP HOLDING THOR BY HIS HAND.

364  DONOVAN WATCHES AS THEY APPROACH HIM.

365                    CHARLISE
366  DONOVAN, THIS IS THORTON WILEY.  THOR
367  PUTS OUT HIS HAND FOR A SHAKE.

368  DONOVAN STANDS UP, LOOKS AT THEM BOTH, AND HURRIEDLY LEAVES
369  OUT THE DOOR.

370  FROM HIS BACK WE SEE LETTERS ON HIS JACKET THAT READ,
371  "DONOVAN'S RADIO TOWER SERVICE".

372  FADE OUT.

33.

373   FADE IN DAVIDSON AND THOR IN

374   DAVIDSON'S OFFICE.

375                         DAVIDSON
376              MAN, WHY DIDN'T YOU TELL US YOU WANTED
377              A JOB CLIMBING TOWERS?

378                           THOR
379              I TRIED.

380                         DAVIDSON
381              WELL, IT GOOD FOR YOU TO REACH
382              HIGH...HAVING LOFTY GOALS.   I ADMIRE
383              A MAN LIKE THAT.   WOULD YOU LIKE A
384              JOB HERE IN OUR OFFICE.

385                           THOR
386              OF COURSE.

387                         DAVIDSON
388              OKAY, I'LL HAVE CHARLISE FIND YOU
389              SOMETHING, BUT IT WON'T BE A GIT

390   HIGH JOB.   KNOW WHAT I MEAN? THOR GETS

391   EXCITED.

392                       THOR GREAT,
393              WHEN CAN I START.

394                         DAVIDSON
395              REAL SOON.   REAL SOON.

396   FADE TO BLACK.

# EXHIBIT B

# DEFENDANT'S SCRIPT:

# "DMV"

1                           EXHIBIT B – DMV (script)

2                                "PILOT EPISODE"

3                                  Written by

4                                  Dana Klein

5                     Based on the short story by Katherine Heiny

6                                                              August 6th,
7                                                    2024 Revised Network
8                                                    Draft 1 INT.
9                                                    CHEVROLET / EXT. DMV
10                                                   PARKING LOT –
11                                                   MORNING 1

12        **COLETTE** (35, a big-hearted, quirky over-thinker who's prone
13        to getting in awkward situations) is in the passenger seat
14        beside her first tester of the day, GUY (30s, gentle serial
15        killer energy). They pull out of the DMV.

16                                  COLETTE

```
1                         You're doing great so far, please
2                         take a right at the light.

3         Guy clears his throat in an unsettling way. His hands, in
4         DRIVING GLOVES, open and close around the wheel. Colette
5         takes in the alarmingly clean car. Her eyes land on... what
6         looks like a spot of blood. And then a WOMAN'S EARRING. Is
7         this guy... a serial killer?

8                              COLETTE    (CONT'D)    On
9                         second thought, how bout we get
10                        away from these dark alleys and see
11                        if you can handle a freeway full of
12                        witnesses.


13   2    INT. TESLA - SAME                                          2

14        VIC (40s, lovable bully, a totally inappropriate misogynist
15        who gives zero fucks) instructs a RICH KID.

16                              VIC
17                        G'head, keep going. More, more,
18                        good. Now roll down the window.

19        WIDEN to reveal they are at an IN-N-OUT DRIVE THRU.

20                              VIC (CONT'D)
21                        (hands kid a note)
22                        And read this to the guy.

23                              RICH KID
24                        "Two double-doubles, two large
25                        fries, and two chocolate shakes?"

26                              VIC
27                        Feel free to add something for
28                        yourself.

29        The confused kid shakes his head like "I'm good."

30                              CASHIER (O.S.)
31                        That'll be thirty-six-fifty-five.

32        The kid turns to Vic. Vic stares back. Beat. The game of
33        chicken ends when the kid reaches for his phone.

34                              RICH KID
35                        Do you guys take Apple Pay?
```

```
 1                          VIC
 2                     (tssks, writing on
 3                      clipboard)
 4                 Using cellphone while driving.


 5    3    INT. SUBARU - SAME                                      3

 6         CLOSE ON: GREGG (late 60s, retired HS English teacher who's
 7         been with the same man for forty years, fastidious,
 8         gentlemanly, dry, "over it").

 9                          GREGG
10                 A little further down and let's see
11                 you parallel park.

12         WIDEN to reveal piles of clothes, take-out containers,
13         kitchen appliances, books, shoes, stacks of newspaper,
14         empty cans for recycling. Gregg's test-taker is a HOARDER.

15                      GREGG (CONT'D)
16                 Right here. You look like someone
17                 who has no problem squeezing things
18                 into a tight space.

19         There's a scratching noise in the backseat. Gregg turns and
20         locks eyes with a FERRET in a cage. Gregg taps the cage.

21                      GREGG (CONT'D)
22                 Well, hello, there.

23         It HISSES and a spray of FERRET JUICE lands on Gregg's
24         shirt.

25                      GREGG (CONT'D)
26                     (matter of fact, to
27                      hoarder)
28                 Yup, just behind this minivan.


29    4    EXT. DMV PARKING LOT / EMPLOYEE ENTRANCE - A LITTLE LATER 4

30         The Chevrolet pulls to a stop and Colette gets out.

31                         COLETTE
32                 Have a nice life,
33                 Sir!
34                     (under her breath)
```

1                    Thank you for sparing mine.

2          She heads towards a worn, unglamorous building. A sign reads
3          "EAST HOLLYWOOD DMV." Colette pauses at the door, takes a
4          deep breath and opens it. We are hit hard with...

4.

5        INT. DMV - CONTINUOUS   5

         Controlled chaos. A ROBOTIC FEMALE VOICE announces, "Now
         serving. B-53. At Window Number. Four." (Variations of this
         continue throughout the day). It's packed with people from
         every imaginable walk of life.

         A SECURITY GUARD (20, scrawny, might be high) directs those
         who've made it to the front of the OUTSIDE line to the back
         of the INSIDE line without once looking up from the UFC
         fight playing on his phone.

         Customers wait on blue plastic chairs-- sleeping, eating,
         staring into space. People read eye charts, shuffle
         documents, and bark into cell phones in various languages.
         It all fades away when Colette sees **AJ** (30, golden boy of
         the DMV, playful, charming, effortlessly good at
         everything), stamping papers at his usual spot at Window
         Two. He is backlit in a special way to reinforce his
         specialness.

         Colette stands there staring at him dreamily until...

                            VIC
                     Fry?

         Vic's at her side. She shakes her head "no" as Gregg
         enters.

                            GREGG
                     Good afternoon.

                            COLETTE
                     It's nine in the morning.

                            GREGG
                     A man can dream.

         They stand, looking out on the jungle that is the DMV.

                            VIC
                     What smells like cat piss?

                            GREGG
                     It's actually
                     ferret. (then)
                     Ready?

5.

They steel themselves and, in unison, begin the arduous
journey towards a door marked "DRIVING EXAMINERS." It's
like an obstacle course they have to Frogger their way
through.

Colette turns to avoid a LEASHLESS DOG then nearly trips
over a long LEASH that is attached to a TODDLER'S WRIST. A
passing man COUGHS in her face.

**MAIN TITLES - DMV**

6       INT. DMV - CONTINUOUS                                    6

They pass **BARBARA** (40s, cares deeply, tries hard, misses
the mark) as she takes a placard that reads "Manager" out
of her desk drawer.

                    BARBARA
          Guys, this placard has been hidden
          away in that drawer for eight long
          years, a mere echo of a wisp of a
          dream. But today, I am able to pull
          her out.

Barbara centers the placard on her desk where we also
notice a stack of LIBRARY BOOKS on LEADERSHIP.

                    GREGG
          Like Excalibur from the stone.
           (off everyone's confusion) King
          Arthur? Pulled the sword out to
          claim his right to the throne?

                    VIC
          You know I hate when you do
          literature references.

                    COLETTE
          Congratulations, Barbara.

**JOCELYN** (30s, judgey, uptight, cold, robotic) drops a
folder on Barbara's desk.

                    JOCELYN
          It should've been me.

                    BARBARA

6.

Agree to disagree there.
        (then)
I'm hosting drinks at Paddy's
tonight to celebrate.

                VIC
I don't understand why *either* of
you would want to be Manager. What
is it, an extra fifty bucks?

                BARBARA
Fifty-seven. And as Manager, I get
to keep all my Assistant Manager
duties, *plus* run the weekly
meeting, and if anyone-- employee
or customer-- has a complaint, they
file it with me.

                COLETTE
        (re: phone)
You guys, the consultants are
coming today.

                VIC
What consultants?

                GREGG
The ones the governor hired to
figure out how to cut costs. We got
an email about it last week.

                VIC
Oh, I don't check those.

                JOCELYN
You don't check your email?

                VIC
        ("duh")
Not my work ones.

                BARBARA
As Manager, I should probably let
everyone know.

Barbara stands, puffs out her chest, and crosses off.

                COLETTE

7.

           How can they cut any more costs?
           The place is already falling apart.

ANGLE ON: the printer which is held together by duct tape.

                 GREGG
           They better not take away the free
           coffee.

                 VIC
           They better not take away our long
           distance privileges.

               JOCELYN We don't
          *have* long distance
          privileges.

                 VIC
           Oh, okay, so you call overseas on
           your own dime?

               COLETTE
            ("speaking of")
           How *is* your mail order bride?

                 VIC
           Her name is Katerina. And she's
           about to finish nursing school.

                 GREGG
           Her name is probably Boris. And
           he's about to steal your identity.

                 VIC
            (to Colette and Gregg) C'mon,
           we've been in the main pen too
           long. I feel like a cool kid at
           the loser lunch table.

               JOCELYN
           We're adults. There's no such thing
           as "cool" and "loser."

                 VIC
           Spoken like a D1 loser.

Jocelyn glares at him. They hate each other but will one
day fuck. Colette, Vic, and Gregg continue to their office.

8.

When they pass AJ, Colette takes one last longing look. We
stay on AJ as customer BRENT (40s, entitled asshole) steps
up and hands over his passport.

                    AJ
          Good morning.

                    BRENT
          Yeah, hi, we're traveling this
          summer and my wife says I should
          get the Real ID thing. Supposed to
          make things quick and easy.

                    AJ
          Absolutely, I can help you with-(re:
              passport)
          Oh, shoot, this is expired.

                    BRENT
          So? It's still me.

                    AJ
          We're not allowed to accept expired
          documents. Do you have anything
          else? A birth certificate maybe?

                    BRENT
          Yeah. At my parents' house in
          Orange County. How 'bout you just
          let it go?

                    AJ
          I wish I could, Man.

                    BRENT
          You can. But you *won't*. Know why?

                    AJ
          Because... I'd be fired.

                    BRENT
          Because guys like you look for guys
          like me to stick it to. I bet it
          makes your whole day to nail a guy
          like me, doesn't it?

                    AJ

9.

                    Yes, Sir, my gratitude journal is
                    filled with moments like these.

Brent snatches his passport back and stomps off as Barbara
approaches, having noticed...

                         BARBARA
                    Ooo, AJ, your trash's almost full.

                         JOCELYN
                         (tattle-tale)
                    He waits til it gets to the top.

                         AJ
                    And then I empty it. That's how
                    garbage works.

                         BARBARA
                         (picking up can)
                    On regular days, maybe, but
                         today's (noticing)
                    That must be them! They're here!

She beelines over to a corporate-looking duo: DAN and
KSHITIJA (40s, as out of place as two CAA agents on set).

                         BARBARA   (CONT'D)   Hi!
                    Hello! You must be our friends from
                    Sacramento!   I'm   Barbara   Bloom.
                    Manager.

                         DAN
                    Dan Miller, this is Kshitija
                    Balakrishnan.

They each offer a hand. She puts the trash down and shakes.

                         BARBARA
                         (nodding)
                    Dan.
                         (no idea how to pronounce)
                    Ma'am.

                         DAN
                    Ms. Bloom, our company has been
                    hired to help make the DMV... well,
                    more efficient and less dreadful.

                         BARBARA

10.

Hurtful. But okay.

                    KSHITIJA
          Why don't you show us around before
          we begin our interviews?

                    BARBARA
          Absolutely, yes, can I just, I
          mean, as you can imagine, my team--
          God I love the sound of that-- my
          team hears "cost-cutting" and,
          well, I'd love to assure them there
          won't be any major upheavals.

                    DAN
          If you're one of the surviving
          branches, very little will change.

                    BARBARA
          Oh, great, that's great to-- I'm
          sorry, "surviving branches"?

                    KSHITIJA
          Of the four Hollywood DMVs, one is
          going to become fully automated.

                    BARBARA
          I see. And in that case, how many
          people would be fired?

                    KSHITIJA
          All of them.
                    (then)
          Let's start in Written Tests.

Dan and Kshitija head off. Barbara picks up the trash can
and dry heaves into it.

                    BARBARA
                    (to watching customers)
          False alarm.

She puts the trash can down and follows them.

7     INT. DRIVING EXAMINERS ROOM - SAME                    7

11.

Vic, Gregg, and Colette, at their respective desks, are
looking through the ONE-WAY WINDOW at an ELDERLY LADY
(80s), who sits waiting for someone to come get her.

                    VIC
          Not it.

                    COLETTE
          It's your turn, Vic.

                    VIC
          Well then I guess she's gonna sit
          there til she dies. Also "not it"
          for carrying out the body.

                    GREGG
          You can't just ignore the rotation.

                    VIC
          The *rotation* ignores our individual
          strengths! *I* keep the White
          Entitled's in check. Plus any teens
          with hot moms. *You're* good with the
          wack-a-doos. And *she* calms the
          Nervous and the Old. That's the
          system!

AJ enters with a file and chucks it on the desk.

                    AJ
          Drop off. And you have one on deck.

                    COLETTE/GREGG/VIC
          Really? / Didn't notice. / We're
          hoping she dies.

Colette watches AJ exit. Once the door has closed...

                    VIC
          Can I ask you something, Colette?
          Are you just gonna eye-fondle him
          for the rest of your life?

                    COLETTE What?! Eck,
          him? Are you... I honestly don't
          know what you're--

                    VIC

Oh, so it's just a coincidence that
since he started working here, you
started wearing makeup, stopped
eating tuna, and only wear pants
that show off your ass.

COLETTE You're not
allowed to say things like that
anymore!

VIC
Hey, you staged the house, don't
blame me for checking out the
Zillow.
(then)
We have a $100 bet on whether or
not it'll ever happen. My money's
on "not a chance" 'cause I know
you, and you'd rather die alone
than take a risk.

COLETTE
(touched, to Gregg) Aw, you
bet that me and AJ would
happen?

GREGG
It was the only option left.

VIC
(playful taunting) I guess
since you're not interested, it
doesn't bother you that this
morning Hot Kristen was all over
him like laminate on one of
Gregg's annoying fridge notes.

GREGG
Yet people *still* eat my food.

COLETTE
Hot Kristen is only hot compared to
Homely Kristen.
(MORE)
COLETTE (CONT'D)
Really, we should just call her

13.

        "Regular Kristen." Or "Written
        Tests Kristen." And I could care
        less that she was all over him.

             GREGG
        "Couldn't care less" is
        grammatically correct.

             VIC
        But factually incorrect. Because
        you care. A. Lot.

             COLETTE
        The only thing I care about is that
        this poor lady has been waiting
        forever! Which is why I will be the
        bigger person and take her even
        though she will be my third Old
        this week!

Colette storms out. Through the one-way window, they watch
her introduce herself to the tiny, elderly lady.

8     INT. MRS. RESNICK'S BUICK - A LITTLE LATER 8

     MRS. RESNICK (perched atop two large pillows) adjusts her
     mirrors. While she waits, Colette checks AJ's Instagram
     page.

     We ZOOM IN and learn three fun facts: he PLAYS SAXOPHONE in
     a band, he VOLUNTEERS at a food pantry, and he mastered
     some
     SURFING move ("Finally got the LAYBACK this weekend").
     Colette smiles. He's so dreamy.

9     INT. DMV - A LITTLE LATER  9

     Barbara is nervously showing Dan and Kshitija around.

             BARBARA
        I don't even understand how selfserve
        kiosks would work. Wouldn't they take
        away the humanity of the entire
        experience?

14.

ROBOTIC VOICE: "Now serving. C-89. At Window Number.
Eleven."

                    BARBARA (CONT'D)
          But that's a problem for the other
          branches. Because we will survive.
          You'll see. East Hollywood is
          special.
                         (MORE)
                    BARBARA (CONT'D)
               (then, re: tour)
          Now, where was I?

                    DAN
          About to show us...
               (checking notes) the
          rat colony that made an
          exterminator faint.


10     INT. MRS. RESNICK'S BUICK - SAME                    10

       Mrs. Resnick drives SLOWLY and JERKILY. Even though she's
       sitting on two pillows, she can barely see over the wheel.

                    COLETTE
          That's it, you're doing great.

       SFX: HONKING.

                    MRS. RESNICK
               (bleeped)
          Fuck you, you fucking Cock-Sucker!

       She sticks her hand out the window and flips the guy off.

                    COLETTE
          Mrs. Resnick!

                    MRS. RESNICK
          HE honked at ME! That's the problem
          these days, no one has any manners.

                    COLETTE
          Okay, when you can, take a left--

15.

She takes a hard left. Lots of HONKING AND SCREECHING.
Suddenly, they're spinning. Sparks fly as they scrape the
guardrail and the car begins a series of flips.

11      INT. COLETTE'S STUDIO APARTMENT - FANTASY SEQUENCE   11

Colette makes a series of fast-motion trips from the COUCH
where she watches TV to the KITCHENETTE to pour kibble in a
DOG BOWL. Loop after loop, she makes this trip, getting
OLDER and OLDER until ELDERLY COLETTE grabs her heart and
keels over, DEAD. The dog waits. He looks at his empty dog
bowl,

then whimpers, and starts to EAT HER.

12      INT. MRS. RESNICK'S BUICK - PRESENT   12

The car somersaults to a stop, upside down.

                    MRS. RESNICK
          Did I pass?

WIDEN TO REVEAL they are...

13      EXT. DMV PARKING LOT - SAME 13

Barbara, Kshitija, and Dan, stand there, stunned, the Buick
having narrowly missed them.

                    BARBARA
          Thank you, Colette, for that
          riveting demonstration of how *not*
          to enter a parking lot.

And we...

                                        FADE OUT

                    END OF ACT ONE

16.

## ACT TWO

FADE IN

14      INT. BREAKROOM - A LITTLE LATER                    14

Vic pours potato chips into his giant meatball sub, puts the
top roll back on, and takes a giant BITE that he follows up
with a loud SLURP of soda. WIDEN to reveal Jocelyn at the end
of the table, eating her salad and eyeing him with disgust.

                    VIC
               (playful taunting)
          Do you feel this sexual tension?

                    JOCELYN
          I despise you.

                    VIC
          Or... are you obsessed with me?

Jocelyn spears a forkful of salad as Barbara enters and
crosses to get some Advil.

                    BARBARA
          Hello, Soldiers!

                    JOCELYN
          How's it going with
          the consultants?

                    BARBARA
          Great! Great, great, great!

                    VIC
          Sounds like someone's getting
          fired.

Gregg enters, heads to the coffee machine.

                    GREGG
          Who's getting fired?

                    BARBARA
          No one! It's the opposite actually!
          They're actually here...
               (making it up)

17.

>              ...to observe us so they can make
>              the other branches more like our
>              branch because our branch is the
>              best branch.

Barbara looks nervous. Will they buy it? Beat.

>                    VIC
>              Makes sense to me.

>                    JOCELYN
>              I've always been the best at
>              everything.

>                    GREGG
>              Yet you chose to work at the DMV.

>                    BARBARA
>              Good. So everyone's happy and I'm
>              doing a great job so far!

Barbara downs five Advil and heads out, a smile plastered on
her face but sweat rings revealing deep panic. Vic shrugs and
goes back to his sandwich.

15    INT. DRIVING EXAMINERS ROOM - A LITTLE LATER            15

Colette is at a WHITE BOARD that reads "It has been 7 tests
since I nearly died." Gregg and Vic enter as she erases the
"7" and fills in a "0".

>                    GREGG
>              Uh oh, how close did you come?

>                    COLETTE
>              It's a literal miracle I'm alive!
>              But as I was almost decapitated, I
>              realized that I don't want to die
>              alone, so I am going to make my
>              move with AJ. I mean, what do I
>              have to lose?

>          GREGG                      VIC
>     Nothing!                   Pride, dignity, the fantasy
>                                that it could ever happen.

>                    COLETTE

18.

How should I approach him? What's a
good ice-breaker?

                    VIC
          "Poop shoot's off limits 'til you
          buy me dinner."

Colette shoots him a look.

                    GREGG
          Why don't you ask if he wants to
          adopt that dog you're fostering?

                    COLETTE
          Oh, that's great! And, I mean, if
          he's not a dog person, that's a
          deal breaker anyway.

                    VIC
          Not sure you're in a position to
          start imposing deal-breakers...

                    COLETTE
          What's that supposed to mean?

                    VIC
          It means, when's the last time you
          went on a second date?

                    GREGG
          January of '23. With the guy who
          "forgot" his wallet.

                    VIC
          Nope, that dude never called her
          back.
               (realizing, to Colette) Have
          you not been on a second date
          since 2022?!

                    COLETTE
          You guys have no idea what it's
          like to be a single woman in her
          mid thirties!

                    GREGG

19.

It's no picnic being a lactoseintolerant
homosexual in his late sixties.

COLETTE
Just... I'm going in before I lose
my nerve. Teeth?

She bares her teeth.

VIC
A little yellow.

COLETTE
I *meant* is there anything in them?

VIC
Tartar.

COLETTE
Anything that I can do something   * about right now.
                                *

VIC
Oh. No.

COLETTE
Gregg, you are about to win a
hundred bucks.

Colette exits. They slide their chairs up to the window and
settle in to watch. Vic opens a bag of chips.

16      INT. DMV - CONTINUOUS 16

Colette strides boldly, confidently, across the room.

17      INT. DRIVING EXAMINERS ROOM - SAME    17

Gregg and Vic watch.

GREGG

She's looking good. Nice, steady

speed, confident.

VIC

Uh oh, what's this? She's

slowing... Hazard in the road.

20.

18      INT. DMV - SAME   18

        **HOT KRISTEN** (20's, hot, perky) swoops in and is suddenly
        beside AJ, flirting. Colette stops in her tracks, then hangs
        her head and pivots towards the bathroom.

                          VIC (O.C.)
                    And now an illegal u-turn.

19      INT. DRIVING EXAMINERS ROOM - SAME   19

        Gregg and Vic are still watching through the one-way window.

                          GREGG
                    Looks like someone's headed to the rest-
                    stop to wait out adverse conditions.

20      INT. DMV - HALLWAY - A LITTLE LATER   20

        Barbara, whose nervousness is now at a "five" (which is the
        same number of sweat rings she has), paces outside of...

21      INT. INTERVIEW ROOM - JOCELYN'S INTERVIEW - SAME    21

        Jocelyn sits opposite Kshitija and Dan.

                          JOCELYN
                    What do I like most about
                    working here? Being the biggest
                    fish in a very small pond.
                    (then)
                    If there's a prize for best
                    employee, you should know I'm
                    allergic to fragrance.

22      INT. BATHROOM - SAME   22

        Colette is leaning against the wall-- specifically against
        the feminine HYGIENE PRODUCTS DISPENSER. She starts
        practicing in the mirror...

                          COLETTE
                    ("sexy" Spanish "J") AJ,
                    Jhhhello. Jhhow do you feel about
                    rescuing a sad, lonely dog that

21.

                needs companionship real bad?
                (then, normal voice) Ew. Stop it.
                Just be a normal person!

She cracks open the door, watches Hot Kristen cross off, then
takes a deep breath and exits to...

23    INT. DMV - CONTINUOUS                    23

Colette walks fast, slows down, walks fast, slows down...
Finally, she's there.

                    COLETTE
                ("super chill")
              Oh, hey. AJ, right? I'm--

                    AJ
              Colette. I know.

                    COLETTE
              Oh. Great. That's great. Well, I
              was just wondering if you might
              want to adopt this dog I'm
              fostering.

She shows him a photo on her phone.

                    AJ
              Oh, wow, that's crazy.

                    COLETTE
              Yep, yep, totally crazy! I'm sorry,
              I didn't mean to... as you were.

She turns to go...

                    AJ
              No, it's crazy because Marvin Gaye
              was a bulldog, too.

                    COLETTE
              You had a bulldog named Marvin
              Gaye?

He nods to his screensaver: AJ and a bulldog at the beach. AJ
is shirtless and has a perfect body.

22.

                         COLETTE (CONT'D)
                  Oh my God, your abs!
                       (covering, to computer)
                  ...solutely the perfect dog, Marvin
                  Gaye.

                              AJ
                  He was the prince of *my* soul. Had
                  to put him down last year.

                         COLETTE
                  Well, I understand if you're not...

                  ready yet?

                              AJ
                  I'm not *not* ready...

      They lock eyes. Wait, is he... into her?


24    INT. DRIVING EXAMINERS ROOM - SAME    24

      Gregg and Vic are watching.

                         VIC
                  Do you see what I see?

                         GREGG
                  The menstrual pad stuck to her
                  shirt?

                         VIC
                       (smiling)
                  I take Venmo, Zelle, or cash.


25    INT. DMV - SAME    25

      Colette indeed has a maxi-pad (clean, obvs) stuck to her,
      but neither she nor AJ have noticed it.

                         AJ
                  How long've you been fostering?

                         COLETTE
                  A while. I really love dogs. I
                  actually got into vet school but was

23.

                    so freaked out by the loans I took
                    this job to save up. Nine years ago.

                              AJ
                    The benefits are so good, I get why
                    it's hard to leave. It's such a
                    relief to have insurance-- I'm
                    always hurting myself surfing.

                         COLETTE
                    Congrats on the layback by the way.

Confusion flashes across his face. She realizes she only
knows that from stalking him on Instagram.

                         COLETTE (CONT'D)
                         (quickly)
                    I know about that because I
                    overheard you tell someone.

He watches with a look of bemused kindness as she unravels.

                         COLETTE (CONT'D)
                    ...Jocelyn, I think it was, or
                    maybe Barbara. I wasn't trying to
                    listen but your voice is really
                    loud. Have people told you you have
                    a loud voice, cause you really do,
                    trust me, it's obnoxious. The point
                    is, I do not stalk you on
                    Instagram. I mean, I *may* have
                    checked it once when you first
                    started working here so if you ever
                    got a notification that's why.

And then she looks down and notices the maxi-pad.

                         COLETTE (CONT'D)
                    What the... Oh my... I don't...
                         (pulls it off)
                    How did *this* get on me?

                              AJ
                    I... am not sure.

                         COLETTE

24.

>               Okay, you know what, AJ, I think
>               that's as much as one can hope for
>               in our first little chat. You are a
>               wonderful addition to this branch
>               and it's really a shame we can
>               never speak again.

She race-walks away. When she passes the trash, she tries
to throw the pad out but it sticks to her fingers. She
flicks and flicks to get it off but is unsuccessful, so she
grabs it with her other hand, where it then gets stuck. On
Colette's scream-whisper, we...

>                                          FADE OUT

>                         END OF ACT TWO

>                          ACT THREE

FADE IN

26      INT. INTERVIEW ROOM - GREGG'S INTERVIEW - A LITTLE LATER 26

Gregg sits opposite Dan and Kshitija.

>                          GREGG
>               So, let me get this straight. The
>               state hired you guys to tell them
>               what's wrong with the DMV when
>               everyone knows what's wrong is that
>               we need more money to fix
>               infrastructure and hire more staff
>               but now there'll be even less money
>               because of how much they're paying
>               your firm?

Beat. Kshitija consults her notes.

>                          KSHITIJA
>               Says here you used to teach High
>               School English? Tell us about that.

27      INT. BATHROOM - SAME                                    27
Colette is pacing back and forth when Barbara enters.

>                          BARBARA
>                      (into phone)

25.

                    ...before the truth comes out and
                    everyone knows I'm not cut out for-
                    (sees Colette, quickly)
                    I gotta go, Ma.
                        (hangs up, to Colette)
                    Are you okay?

                              COLETTE
                    Not at all. I have to go home.

                              BARBARA
                    Do you have diarrhea? Cause I heard
                    there's a nasty bug going aro--

                              COLETTE
                    I just have a headache.

                              BARBARA
                    Take some Excedrin, you'll be--
                              COLETTE
                    And diarrhea. I also have that.

                              BARBARA
                        (backing away)
                    Go! Last thing this office needs is
                    another case of the runs. The
                    plumbing already proved it's in no
                    condition to handle that.

           Barbara swiftly exits. When the door opens, Colette sees
           AJ. There's no way to leave the bathroom without passing
           his counter. She turns to the mirror.

                              COLETTE
                    I'm not going back out there. I'll
                    sleep in here if I have to.

           She sighs and leans against the wall.

28         INT. INTERVIEW ROOM - VIC'S INTERVIEW - MOMENTS LATER      28

           Vic sits opposite Kshitija and Dan.

                              VIC
                        (to Kshitija)

26.

>                I hope it's not inappropriate to
>                say but... you are way too
>                attractive to work in consulting.

>                     KSHITIJA
>                It's highly inappropriate.

>                     VIC
>                My bad, you're *both* very
>                attractive. And I'm glad you're
>                here because I have a big problem.
>                The vending machine. There's no
>                variety. The one at the hospital
>                where I used to work security had
>                so many options. Tampons next to
>                Snickers next to pork rinds-- I
>                never needed tampons but it was
>                nice to know they were there. I
>                mean, our vending machine has black
>                licorice. As soon as they put that
>                in, I was like "there goes the
>                vending machine," which sounds
>                racist, but it's not.

29    INT. BATHROOM - A LITTLE LATER   29

      Colette is sitting on the floor, eyes closed. She sighs and
      opens her eyes. Which is when she notices... the WINDOW.
      Huh.

30    INT. DMV - SAME   30

      Robotic Female Voice: "Now Serving. G-271. At Window
      Number. Two."

      Brent, on his cell, steps up to Window Two and slides some
      documents towards AJ.

>                     BRENT
>                     (into phone)
>                You're not hearing me, Lon--

>                     AJ
>                Oh, cool, you're back. And I get
>                you again.

27.

                    BRENT
              (into phone)
         If Tetris can be a movie, so can
         Jenga. I want Jenga and I want a
         Christmas release!
              (re: document, to AJ)
         Proof of residence.

                    AJ
         Dude, this is a book of coupons.

                    BRENT
         It has my name and address.
              (beleaguered, into phone) I
         gotta call you back, some clown
         at the DMV is getting off on
         making my life miserable.

He hangs up.

                    AJ
         Look, I'm sorry, they're really
         strict about what they'll accept.

                    BRENT
         Fine. Would a lease agreement work?

                    AJ
         A lease agreement would be perfect.
                    BRENT
         Great. Now you're just gonna have
         to wait while I pull it up.

Brent starts scrolling through his phone.

                    AJ
              (points to sign)
         It has to be a hard copy.

                    BRENT
         If I had to work here I'd kill
         myself.

                    AJ
              (enjoying it)
         There's a FedEx a few blocks away.

28.

There's always a
line.   (calls) Next!

31      INT. BATHROOM - SAME                                31

Colette is balancing on the sink in order to reach the
window. She's relieved to discover... A DUMPSTER just
below. With great difficulty, she starts to maneuver her
body through the window.

She pauses to catch her breath (lower half out the window,
head and chest in the bathroom) then tries to continue but
realizes... she's STUCK. Her blouse is caught on an exposed
NAIL. Unable to free the fabric, she slips out of the
blouse so she's just in a BRA. And then she notices BLOOD.
It isn't just her blouse the nail pierced; it is also her
stomach.

                    COLETTE
          Seriously?

This is when... Hot Kristen enters. They lock eyes.

                    HOT KRISTEN
          Oh my god.

                    COLETTE
          It's fine. I'm fine. The real
          question is, how are *you*? How're
          things in Written Tests?

Colette starts to shake from the effort.

                    HOT KRISTEN
          I'm gonna get help.

                    COLETTE
          Please hurry.

32      INT. INTERVIEW ROOM - BARBARA'S INTERVIEW - SAME    32

Barbara sits opposite Kshitija and Dan. Her armpit sweat
has now met her boob sweat, indicating a nervousness level
of 10. Dan takes notes on a laptop.

                    KSHITIJA

29.

And what would you say is the
average customer waiting time?

                    BARBARA
Could be three hours, could be
fifteen minutes. So, if we're
talking averages, I guess that
would be three times sixty divided
by two, unless, is that the median?
If there's only two numbers, is the
average different than the median?
And what's a mean?

She mops her brow sweat with her sleeve.

                    KSHITIJA
So... ninety minutes?

                    BARBARA
Yes. No. I don't...
        (re: Dan's clacking)
He's typing more than I'm saying.

He continues clacking away.

                    BARBARA (CONT'D) Are
you typing that I said that
you're typing too much?

                    KSHITIJA
What about employee turnover?

                    BARBARA
Sorry, it's just... I'm sure
whatever I'm imagining is worse
than what he's actually
writing. (beat) Can I see?

                    DAN
What? No.

                    BARBARA
Please?

She makes a "sexy face" and starts sucking on her finger.

                    KSHITIJA
What is happening here?

30.

                    BARBARA
          Sorry. That was incredibly
          unprofessional.

Suddenly Barbara lunges across the table for Dan's laptop.

                    DAN
          What is wrong with you?!

                    BARBARA
          I need you to write good things!
          Please! Today is my first day as
          Manager and I just... I want to do
          a good job. I love working here.

                    KSHITIJA
              ("but it sucks")
          Why?
              (quickly,
          without judgement) I
          mean, why?

                    BARBARA
          Because what we do makes a
          difference. A driver's license is
          independence. And whether or not
          you get one isn't based on how much
          money you have or what you look
          like or if you went to college.
          It's the great equalizer. Plus, I
          care about everyone who works here.
          We're a great team. Like one, big,
          happy family.

The door opens. It's Hot Kristen.

                    HOT KRISTEN
          We've got a jumper.


33    INT. BATHROOM - MOMENTS LATER                    33

      CLOSE ON Colette, smiling, then CUT TO HER POV: A DOZEN
      PEOPLE (Barbara, Jocelyn, Vic, Gregg, Security Sam, Dan,
      Kshitija, Hot Kristen, and random other employees) stare up
      at her. AJ enters.

31.

                         AJ
              Why's everyone in the--
                  (sees Colette)
              Ohhh.

                       COLETTE
              Cool, glad you could make it.

                         VIC
              It's a real pickle. We pull the
              nail, she could bleed out. It's
              right in that fleshy part of her
              stomach.

                       JOCELYN
              It's called a muffin-top. See how
              it hangs over like the top of a--

                       COLETTE
              Muffin, yes, Jocelyn, thank you, we
              get it.

                       BARBARA
                  ("damage control," to
                   consultants)
              Well, I think this is under
              control. Shall I show you our new
              eye-charts?

The consultants, caught up in the drama, totally ignore
her.

                     HOT KRISTEN
              How *old* is that bra? And what are
              all those stains?

                       JOCELYN
              You know, your right breast is a
              lot bigger than the left.

                       COLETTE
              That's very normal!

                         GREGG
                  (for AJ's benefit)
              See, my takeaway is how pretty she
              looks up there.

32.

                         VIC
                    (catching on)
               And how calm she's staying. That's
               the kind of energy that makes
               someone a good mother.

                         COLETTE
               Thanks, guys, but there's literally
               nothing you could say to make this
               moment okay. This is my rock
               bottom.

                         AJ
               I'll go around back and suss things
               out.

                         VIC
               Not til you buy her dinner, you
               won't!

     AJ races out. Barbara turns to the consultants.

                         BARBARA
               I swear nothing like this has ever
               happened before.

                         JOCELYN
               Even the best branch has its days.

                         DAN
               Best branch?

                         BARBARA
                    (covering)
               That's what we like to call
               ourselves!

                         VIC
               That's what you said *they* called
               us.
                    (to consultants)
               Isn't that why you're here?

                         KSHITIJA
               What?

                         BARBARA

33.

                    Let's talk more about Colette's
                    lopsided boobs!

                              VIC
                    Aren't you here to observe us so
                    you can make the other branches
                    more like our branch?

                              DAN
                    No... we're here to decide which of
                    the four Hollywood locations to
                    shut down.

                              KSHITIJA
                    Well, not so much shut down as turn
                    into automated kiosks.

          Everyone starts ad libbing shock and concern. CLOSE ON
          Colette, baffled that everyone has forgotten about her.

                              AJ (O.S.)
                    I'm coming up.

34      EXT. DMV / DUMPSTER BELOW WINDOW - SAME              34

          AJ hoists himself onto the dumpster. Colette cranes her
          head to look down and sees AJ, on top of the dumpster,
          staring up at her lower half. A crowd has started to
          gather. Someone is recording on their phone.

                              BARBARA (O.S.)
                        (yelling to him)
                    Careful underneath her! She told me
                    she's got terrible diarrhea!

                              COLETTE
                        (to self)
                    No, *this* is my rock bottom.

          AJ begins to assess the nail. Meanwhile...

35      INT. BATHROOM - SAME                                 35

          The staff has surrounded Barbara.

                              SECURITY SAM

34.

We're gonna be replaced by robots?

                    VIC I
can't lose my job!

                    JOCELYN I
can't lose my benefits!

                    GREGG I can't be home
with Jeffrey all day. We're
happily married because we barely
see each other.

                    BARBARA You guys, I'm
sorry! I-- I just didn't want
you to panic. It's a leader's
job to calm her team.

                    GREGG
Well, A-plus work.

                    BARBARA
Okay, look, the truth is, I'm not
sure what's gonna happen, but,
whatever it is, I know we are going
to get through it because we are a
family, and family can get through
anything.

Beat.

                    JOCELYN/VIC/GREGG
These people aren't my family. /
Haven't spoken to mine in ten
years. / Families fall apart all
the time.

Dan has whipped out his laptop and is furiously taking
notes.

                    BARBARA
I swear to God, Dan, put it away!

                    AJ (O.S.)
I got it!

35.

Everyone turns to the window where AJ is holding the nail
and helping Colette down. Ad libs of relief, applause.

                    GREGG
          Good job AJ!

                    JOCELYN
          Keep breathing, Colette.

Colette disappears out the window. Everyone starts filing
out of the bathroom, leaving Barbara and the consultants.

                    DAN
          Well, that was something.

                    BARBARA
          I really don't know what to say.

                    KSHITIJA
          Everyone really came together.
          Showed a lot of team spirit.

                    BARBARA
               (turning on a dime) Well
          that is what we do. Robots
          couldn't do that, could they?

                    DAN
          You'd be surprised what robots can
          do now-- but that was nice.

                    BARBARA
          So... our branch is safe?

                    KSHITIJA
          Well, let's see how tomorrow goes.

                    BARBARA
          You're coming back tomorrow?

                    DAN
          Oh, we're here for a year.
               (off her confusion) Didn't
          they tell you?

                                        CUT TO:

36.

CLOSE ON: Colette is in AJ's arms. She looks into his eyes,
lost in the moment. It's kinda romantic. Then we WIDEN to
reveal they're on top of THE DUMPSTER. He sets her down.

                    COLETTE
          Thank you.

                    AJ
          I'd get a tetanus shot ASAP.

                    COLETTE
          For sure.

She nods and we...

                                        FADE OUT

                    END OF ACT THREE

                         TAG

     FADE IN:

36   INT. DMV - END OF DAY  36

     It's now EMPTY of all customers. Vic, Gregg, and Colette
     (wearing her ripped blouse) cross towards the door.

                    VIC
          I mean, was it perfect? No. But it
          could've gone a lot worse.

                    COLETTE
          How? How could it have gone worse?
     They exit into...

37   EXT. DMV PARKING LOT - CONTINUOUS    37

     Vic and Gregg think for a beat.

                    GREGG
          You could've died. For the second
          time today.

                    COLETTE

37.

                    I just wanna get my tetanus shot
                    and forget this day ever happened.

                              VIC
                    You're not coming to Paddy's for
                    Barbara's promotion?

                              COLETTE
                    I'm not in the mood to celebrate.

Vic and Gregg peel off and Colette approaches her car and
notices... A FOLDED PAPER on the windshield. She unfolds
it.
It says, "WANNA HEAR MORE ABOUT THE DOG. SEE U AT THE BAR?"

Colette smiles. And then, there's a RUCKUS off camera and
she turns to see... BRENT banging on the locked door of the
DMV.

                         COLETTE (CONT'D)
                         (calls)
                    We're closed for the day.

Brent SCREAMS and starts KICKING the side of the building.
Colette smiles. Sometimes she really loves this job.

                         COLETTE (CONT'D)
                         (calls to Vic and Gregg)
                    I'll meet you there!

And we...

                                             FADE OUT

                         END OF OUR PILOT

# EXHIBIT C

# WRITER'S GUILD OF AMERICA REGISTRATION CERTIFICATE (WGA Registration No. 1484205)

WRITERS GUILD of AMERICA, WEST

REGISTRY
wgawregistry.org

## Please Print This Page For Your Records

## Registration Confirmation

### Please print this page for your records.

**Registration Number : 1484205**

Thank you for your registration. Your material has been successfully
registered with the WGA Intellectual Property Registry. Registrations
are valid for a term of five years and can be renewed upon expiration.
Please remember that changes cannot be made once material has
been registered with the WGAW Intellectual Property Online
Registration Service.

Should you have any questions regarding your online registration,
please mail or fax your photo ID along with your written request to the
Intellectual Property Registry at (323) 782-4803.

We greatly appreciate your business and would like your feedback.
Click here to let us know your thoughts and suggestions about our
service.

### Registered Item Information:

Material Type :     TELEPLAY
Intended Medium : SCREEN
Item Title :        Department of Labor
Filename :          DEPT OF LABOR Comedy screenplay.pdf
Submission Date : 2/1/2011 4:09:55 PM

### Registrant/Author Information:

Registrant ID :            229748504
Registrant Last Name :     Dillard
Registrant First Name :    Meriland
Registrant Middle Name :

### Credit Card was Charged:

Credit Card # :                          XXXXXXXXXX-9083
Name on Card:                            Meriland Dillard
Credit Card Expiration Date(mmyy) : 1113
Credit Card Amount :                     USD 20

We value our registrants' comments for making the service more secure and efficient. Click here
to complete our Online Registration survey.

### FREE E-MAIL NEWSLETTER

Sign up here to receive WGA.org's e-mail newsletter "Now Playing." You'll get the latest interviews
with today's top screen and TV writers and gain invaluable insight into their work, plus a calendar
of upcoming WGAW screen and TV writing-related events. It's free and we will never share your
information with any other mailing list!
For even more free screenwriting-related content, subscribe to our YouTube channel,
YouTube.com/wgadotorg.

Next Registration

# EXHIBIT D

# U.S. COPYRIGHT REGISTRATION CERTIFICATE
# (Registration No. Pau 4-274-958)

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## PAu 4-274-958

**Effective Date of Registration:**
August 21, 2025
**Registration Decision Date:**
September 04, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Department of Labor |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |

## Author

| | |
|---|---|
| • **Author:** | Meriland Keith Dillard |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Meriland Keith Dillard |
| | 25671 Le Parc, Unit 50, Lake Forest, CA, 92630, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Meriland Keith Dillard |
| **Email:** | dr.mkdillardmd@gmail.com |
| **Telephone:** | (206)673-6751 |

## Certification

| | |
|---|---|
| **Name:** | Meriland Keith Dillard |
| **Date:** | August 21, 2025 |

| | |
|---|---|
| **Correspondence:** | Yes |

**Registration #:**  PAu004274958
**Service Request #:**  1-14983992091



Meriland Keith Dillard
25671 Le Parc
Unit 50
Lake Forest, CA 92630 United States

# EXHIBIT E

# SCENE-BY-SCENE AND MOTIF COMPARISON TABLE DEMONSTRATING SUBSTANTIAL SIMILARITY

**EXHIBIT E**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

Meriland Keith Dillard, Pro Se

Plaintiff,

v.                                                           Case No.: _____

CBS Studios, Inc.; )

Defendants. )

_____

## GRANULAR COMPARISON DEMONSTRATING SUBSTANTIAL SIMILARITY IN PROTECTABLE EXPRESSION

Legal Standard: This chart compares the protectable expression between Plaintiff's work, Department of Labor ("DOL"), and Defendants' work, DMV. Copyright law protects not ideas, but the author's original "selection, arrangement, and treatment" of elements. Sid & Marty Krofft Television Prods., Inc. v. McDonald's Corp., 562 F.2d 1157, 1163 (9th Cir. 1977). A "pattern of similarities" in these elements can establish unlawful appropriation. Metcalf v. Bochco, 294 F.3d 1069, 1074 (9th Cir. 2002). This chart isolates that pattern.

Element Category

Plaintiff's 'Department of Labor' (DOL)

Defendants' 'DMV' (DMV)


**Nature of Substantial Similarity in Protectable Expression**

NARRATIVE SEQUENCING OF OPENING

DOL p. 1: Opens immediately on a crowded, chaotic state office lobby. A long line of frustrated patrons. Charlise, a sarcastic female receptionist, is overwhelmed at the front desk, managing intake.

DMV p. 1-2: Opens immediately on a crowded, chaotic DMV lobby. A long line of frustrated patrons. Colette, a quirky female receptionist, is overwhelmed at the front desk, managing intake. Identical Narrative Sequencing: Both works select and arrange their opening scenes in the exact same order: (1) establish setting of chaotic government office, (2) focus on long line of frustrated patrons, (3) introduce female front-desk anchor as the central viewpoint character managing the chaos. This specific sequencing is a protectable structural choice.

CHARACTER FUNCTION & COMEDIC TREATMENT

DOL p. 1-3: Charlise uses sharp, sarcastic wit to manage patrons. Her dialogue is the primary vehicle for humor, establishing the show's comedic tone through her reactions.

DMV p. 1-2: Colette uses awkward, quirky humor to manage patrons. Her dialogue is the primary vehicle for humor, establishing the show's comedic tone through her reactions. Identical Character Function and Narrative Role: Both works assign the identical narrative and comedic function to the same character: the female front-desk anchor is the central comedic

engine and the audience's viewpoint into the world. The protectable expression is the creative

choice to filter the comedy primarily through this specific character's reactions.

STRUCTURE OF CONFLICT INTRODUCTION

DOL p. 4-5: The supervisor (Davidson) enters specifically to demand the line move faster,

applying bureaucratic pressure that directly escalates the established chaos.

DMV p. 3-4: The manager (Barbara) enters specifically to stress about efficiency and wait times,

applying bureaucratic pressure that directly escalates the established chaos.

Identical Escalation Structure: Both works employ the same structural beat immediately after

establishing the central chaos: the introduction of a managerial foil whose sole purpose is to

heighten the conflict by representing the bureaucratic pressure of the institution. This is a

protectable sequencing of narrative events.

SELECTION & TIMING OF COMEDIC SET PIECES

DOL p. 1-3: The first major comedic set piece is a visual gag involving a specific prop (a desk

and chair) and a patron's physicality (a little person), creating a literal and verbal ("get high")

gag.

DMV p. 2-3: The first major comedic set piece is a visual gag involving a specific prop (a car

and a ferret) and a patron's physicality (a hoarder), creating a literal and visual gag.

Identical Selection and Pacing of Comedic Beats: Both works select the same type of comedic

device (a prop-based visual gag with an odd patron) and arrange it at the identical point in the

narrative—immediately following the establishment of the setting and central character. This

specific comedic timing and device selection is protectable expression.

## TREATMENT OF BUREAUCRATIC THEME

DOL p. 3: The theme of bureaucratic absurdity is treated through a specific scene: a patron's hopelessly incorrect paperwork leads to a sarcastic, character-revealing exchange.

DMV p. 5-7: The theme of bureaucratic absurdity is treated through a specific scene: a patron's expired/insufficient documents lead to a frustrated, character-revealing exchange.

Identical Narrative Treatment of Theme: Both works choose to express the common theme of bureaucratic frustration through the same specific narrative treatment: a dedicated scene built around document eligibility mishaps that serves as a dialogue-driven comedic beat and reveals the main character's traits. This is a protectable storytelling method.

## INTERWEAVING OF STAFF & PATRON NARRATIVES

DOL p. 4-7: The narrative rhythm consistently toggles between public-facing patron chaos and subsequent, staff-focused comedic banter, using the staff's reaction as a comedic respite.

DMV p. 3-4, 7: The narrative rhythm consistently toggles between public-facing patron chaos and subsequent, staff-focused comedic banter, using the staff's reaction as a comedic respite.

Identical Narrative Rhythm and Pacing: Both works are structured around the same unique rhythmic pattern: A-plot (patron problem) followed by B-plot (staff reaction). This specific interweaving of external and internal narratives is a protectable arrangement of story elements that defines the "feel" of the show.

## INTEGRATION OF CHARACTER ARC

DOL p. 13-14: A romantic subplot is specifically integrated into the lead character's (Charlise) arc and woven into the workday, used for comedic effect that stems from her established personality.

DMV p. 4, 11: A romantic subplot is specifically integrated into the lead character's (Colette) arc

and woven into the workday, used for comedic effect that stems from her established personality.
Identical Integration of Subplot: Both works make the same specific choice to tie the primary
romantic subplot directly to the central front-desk character's arc, ensuring the comedy from this
B-story is a function of her already-established traits. This is a protectable selection of how to
develop a character's journey.

RESOLUTION OF NARRATIVE TENSION

DOL p. 27-28: The narrative climax involves the staff setting aside internal conflicts to
collectively resolve a patron crisis, using the event to resolve the episode's tension and reinforce
the ensemble dynamic.

DMV p. 28-33: The narrative climax involves the staff setting aside internal conflicts to
collectively resolve a crisis (Colette stuck), using the event to resolve the episode's tension and
reinforce the ensemble dynamic.

Identical Structural Climax: Both works employ the same structural choice for their climax: a
crisis that forces the ensemble to function as a unit, serving as the catalyst for resolving the
episode's central tension and thematically affirming the "work family" concept. This is a
protectable story structure.

# EXHIBIT ~~G~~ L

# REDACTED LOG OF INDUSTRY DISSEMINATION (Titles, Companies, Locations and Dates Only)

EXHIBIT L – INDUSTRY CONTACT LIST

| | Name ( or Initials) | City/ Region | Date Sent / Rec eive d | Role /Title | Studio/ Industry Connection | Email | |
|---|---|---|---|---|---|---|---|
| 1. | REDACTED | Atlanta, Ga. | 2/10 /201 1 | Producer | Tyler Perry Studios | REDACTED | |
| 2. | REDACTED | | 2/10 /201 1 | Writer | | REDACTED | |
| 3. | REDACTED | Seattle | 3/5/ 201 1 | Actor | Paramount/Univers al | REDACTED | |
| 4. | REDACTED | Seattle | 3/5/ 201 1 | Actor | | REDACTED | |
| 5. | REDACTED | Seattle | 3/10 /201 1 | Film Investor | Paramount/ Universal/CBS | REDACTED | |
| 6. | REDACTED | Seattle | 4/3/ 201 1 | Actor | Paramount/Univers al/CBS | REDACTED | |
| 7. | REDACTED | UK | 2/11 /201 1 | Studio Executive | Salon Pictures | REDACTED | |
| 8. | REDACTED | Los Angeles | | Producer | First Family Films | REDACTED | |
| 9. | REDACTED | Los Angeles | | Producer | Creative Arts Management/ Kaplan Stahler Agency | REDACTED | |
| 10. | REDACTED | New York, New York | | Actress/Produce r | Angel Wings Production | REDACTED | |
| 11. | REDACTED | Liverm ore, Californ ia | | Author/ Producer/Writer | Blumiramar LLC | REDACTED | |
| 12. | REDACTED | New York | 1/20 22 | Director | Head of Def Jam Films/ex development drama at NBC | REDACTED | |
| 13. | REDACTED | Los Angeles | 2/20 23 | TV writer(Snowfall on Fox) | FOX Studios | REDACTED | |
| 14. | REDACTED | Los Angeles | 6/20 21 | Producer | Darklight Ent. | REDACTED | |
| 15. | REDACTED | San Clemen te, Califor nia | 4/20 19 | TV writer (Legend of Sleepy Hollow on Fox) | FOX Studios | REDACTED | |
| 16. | REDACTED | Atlanta, Georgi a | 3/20 19 | Assistant Director | Tyler Perry Studios | REDACTED | |
| 18. | REDACTED | Los Angeles | 6/20 19 | Writer and Producer, Coowner | Darklight Ent. | REDACTED | |

| 19. | REDACTED | Atlanta | 3/20 20 | Producer/ Showrunner | Real Housewives of Potomac/Real Housewives of Atlanta | REDACTED | |
|-----|----------|---------|---------|----------------------|-------------------------------------------------------|----------|---|
| 20. | REDACTED | Los Angeles | 8/20 16 | Professional Manager/ Owner Famous Management | Famous Management | REDACTED | |
| 21. | REDACTED | Los Angeles | 2/20 21 | Executive Producer/Preside nt | NBC/Universal | REDACTED | |
| 22. | REDACTED | Los Angeles | 8/20 22 | TV writer(That's So Raven, Will and Grace   All Roads Lead To Productions | All Roads Lead To Productions | REDACTED | |
| 23. | REDACTED | Oaklan d, Califor nia | 2/20 12 | Director/Producer | Silver heart Production | REDACTED | |
| 24. | REDACTED | Los Angeles | 7/20 15 | Executive Producer | Hallmark | REDACTED | |
| 25. | REDACTED | Los Angeles | 8/20 22 | Film Maker | Academy Award | REDACTED | |
| 26. | REDACTED | Los Angeles | 3/20 21 | | | REDACTED | |
| 27. | REDACTED | Los Angeles | 202 3 | Film Maker/Owner | Ludovico Pictures | REDACTED | |
| 28. | REDACTED | Los Angeles | 212/ 202 4 | Showrunner | LA310 Film Company | REDACTED | |
| 29. | REDACTED | Los Angeles | 10/2 019 | Producer/Executi ve Producer | | REDACTED | |
| 30. | REDACTED | Los Angeles | 3/20 16 | Co-chair | Image Entertainment | REDACTED | |
| 31. | REDACTED. | Los Angeles | 4/20 19 | Producer, Writer, Creator/ President/CEO | The Gurin Company/TGC Global | . REDACTED | |
| 32. | REDACTED | Los Angeles | 4/20 19 | Film Producer (Snow Falling On Ceders) | | REDACTED | |
| 33. | REDACTED | Los Angeles | 7/20 21 | Producer/ Actor/ Senior Production Executive | MGM | REDACTED | |
| 34. | REDACTED | Los Angeles | 8/20 19 | Writer/Producer | Aro Entertainment | REDACTED | |
| 35. | REDACTED | Elizabet h, N.J. | 9/20 11 | Sceenwriter/Pro ducer | UYNJ | REDACTED | |
| 36. | REDACTED | Atlanta, Ga. | 3/2/ 12 | Video Producer/Writer | Trap House Prod. | REDACTED | |
| 37. | REDACTED | Sparten burg, S.C. | 10/2 013 | Promotions | Cox Media Group | REDACTED | |
| 38. | REDACTED | Atlanta, Ga. | 8/20 12 | Producer/Writer | Garrett Entertainment | REDACTED | |
| 39. | REDACTED | Atlanta. Ga. | 8/20 24 | Investor/ Producer | | REDACTED | |
| 40. | REDACTED | Los | 7/20 | TV Production | | REDACTED | |

|  |  |  | Angeles | 21 |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 41. | REDACTED | Los Angeles | 4/20 21 | Actor | Creative Artist Entertainment | REDACTED |  |  |
| 42. | REDACTED | Atlanta | 3/20 23 | Music |  | REDACTED |  |  |
| 43. | REDACTED | Los Angeles | 6/20 20 | Actor | Creative Artist Entertainment | REDACTED |  |  |
| 44. | REDACTED | Atlanta, Ga. | 2/20 11 | Producer/ Director | Filmmakers Reloaded | REDACTED |  |  |
| 45. | REDACTED | Atlanta, Ga. | 2/20 12 | Producer/ Director | Filmmakers Reloaded | REDACTED |  |  |
| 46. | REDACTED | Baltim ore, MD | 3/20 11 | Entertainment Lawyer | SONY | REDACTED |  |  |
| 47. | REDACTED | New York, Ny. | 3/20 13 | Writer/Actor/DI RECTOR TV/Stage |  | REDACTED |  |  |
| 48. | REDACTED | Atlanta, Ga. | 4/20 18 | Actor/Director TV/Theater |  | REDACTED |  |  |
| 49. | REDACTED | Atlanta, Ga. | 4/20 14 | Actor/Casting Agent | Cherrix Casting Agency | REDACTED |  |  |
| 50. | REDACTED | Northa mpton, MA. | 7/20 11 | CASTING DIRECTOR, | CHERRIX CASTING | REDACTED |  |  |
| 51. | REDACTED | Los Angele s, CA. | 9/20 16 | Talent Agent | Creative Artists Agency | REDACTED |  |  |
| 52. | REDACTED | Atlanta, GA. | 3/20 18 | Cinematographe r. Editor | Tyler Perry Studios | REDACTED |  |  |
| 53. | REDACTED | Los Angele s, CA. | 3/20 20 | Professional Manager/Produc er | First Family Films | REDACTED |  |  |
| 54. | REDACTED | Atlanta, GA. | . 6/2018 | Actor/Writer/Director Network TV/Film Industry | Universal Productions/William Morris | REDACTED |  |  |
| 55. | REDACTED | Charleston, WV. | 5/2014 | Writer, Producer, Director | Milky Productions | REDACTED |  |  |
| 56. | REDACTED | Atlanta, GA. | 8/2014 | Art Institute of Atlanta | TV/Film Production Professor | REDACTED |  |  |
| 57. | REDACTED | Washington, DC. | 10/2024 | Music Producer | Sound Entertainment Group | REDACTED |  |  |
| 58. | REDACTED | Los Angeles | 10/2022 | Producer/Filmmaker | Tricky Films | REDACTED |  |  |
| 59. | REDACTED | Atlanta, Ga. | 5/2019 | Actor/ Lawyer | Hollywood Productions | REDACTED |  |  |
| 60. | REDACTED | Los Angeles | 8/2021 | Actor/ Film producer | Master P Productions | REDACTED |  |  |
| 61. | REDACTED | Atlanta, Ga. | 10/2022 | Production Assistant | Paramount |  |  |  |
| 62. | REDACTED | New York, NY | 6/2018 | Television Producer | Acclimate Productions | REDACTED |  |  |
| 63. | REDACTED | Atlanta, Ga. | 9/2021 | Actor | Morris Williams |  |  |  |
| 64. | REDACTED | Los Angeles | 10/2020 | Film Investor | Morris Williams |  |  |  |
| 65. | REDACTED | Seattle, Wa. | 10/2020 | Film Consultant | Creative Artist | REDACTED |  |  |
| 66. | REDACTED | Atlanta, Ga. | 8/2023 | Actor | Hollywood Productions/ Tyler Perry Studios | REDACTED |  |  |

| 67. | REDACTED | Los Angeles | 2/2021 | Hairdresser/Makeup | Stylz Production | | |
| 68. | | | | | | | |

# EXHIBIT M

# CEASE AND DESIST DEMAND LETTER DATED AUGUST 18, 2025

1               UNITED STATES DISTRICT COURT

2

3        CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DISTRICT

4

5

6     September 11, 2025

7

8

9

10

11    MERILAND KEITH DILLARD,      )    Case No._____

12    Plaintiff, Pro Se;           )

13                     )

14    v.                  )       Exhibit M

15                     )  Cease and Desist Letter (copied)

16    CBS STUDIOS, Inc.:          )

17                     )

18    Defendants.            )

19    _____)

20

21

22    EXHIBIT M - CEASE AND DESIST LETTER (copied)

23

24    Dr. Meriland Dillard, MD

25    Lake Forest, CA 92630

26    206-673-6751

27    merilanddillard@yahoo.com

28

29    August 18, 2025

30

31    Via Registered Mail – Return Receipt Requested

32

33    Mr. George Cheeks

34    President & Chief Executive Officer

35    CBS Studios, Inc.

36    4024 Radford Avenue

37    Studio City, CA 91604

38

39    CC: Mr. Jonathan H. Anschell

40        Executive Vice President & General Counsel

41        CBS Television Studios, Inc.

42        4024 Radford Avenue

43        Studio City, CA 91604

44

45        Mr. Raymond Algernon White

46        Vice President & Assistant

47        General Counsel

48        CBS Television Studios, Inc.

49        4024 Radford Avenue

50        Studio City, CA 91604

51

52    **Re: Copyright Infringement – Department of Labor (WGA Registration No. 1484205)**

53

54    Dear Mr. Cheeks, Mr. White, and Mr. Anschell:

55    I am the author of the teleplay *Department of Labor*, which was duly registered with the Writers

56    Guild of America , West; on February 1, 2011, under Registration No. 1484205. I write

57    regarding your production entitled *DMV*, which unlawfully incorporates substantial protectable

58    expression from *Department of Labor*, including but not limited to:

59          • distinctive narrative structure;
60          • Narrative framing that relies on ensemble cast dynamics in a satirical government environment;
61          • parallel structure;
62          • Parallel workplace-comedy settings involving government bureaucracy;
63          • character dynamics;
64          • comedic tone;
65          • Structural comedic sequencing of a developing romantic relationship repeatedly interrupted by chaotic
66            external forces;
67          • Thematic and stylistic treatment of systemic inefficiency through satirical exaggeration;
68          • and absurdist sequences.

69     These elements are central to my work and are protectable under U.S. copyright law. Your unauthorized use
70     constitutes **willful copyright infringement**. Such copying constitutes infringement under the U.S. Copyright Act,
71     17 U.S.C. §§ 101 et seq., including Sections 106 and 501, and is actionable without regard to intent. See Harper &
72     Row v. Nation Enterprises, 471 U.S. 539 (1985); Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., 499 U.S. 340 (1991).

73     **Settlement Demand**

74     Pursuant to **17 U.S.C. § 504(c)(2)**, where infringement is deemed willful, statutory damages of up to **$150,000 per
75     infringed work** are available. In addition, **17 U.S.C. § 505** authorizes recovery of attorney's fees and full costs.
76     Federal courts have repeatedly enforced such remedies, including *Fitzgerald Publ'g Co. v. Baylor Publ'g Co.*, 807
77     F.2d 1110 (2d Cir. 1986), and *Harper & Row v. Nation Enters.*, 471 U.S. 539 (1985), underscoring the seriousness
78     of these violations.

79     Accordingly, unless you remit a **lump sum settlement of $5,630,000.00 (USD)** within **five (5) business days** of
80     your receipt of this letter, I will immediately file the enclosed **federal complaint** in the U.S. District Court seeking:

81          1.   Statutory damages of up to $150,000 per infringed work;
82          2.   An injunction under **17 U.S.C. § 502** to bar further exploitation of *DMV*;
83          3.   Impoundment and destruction of infringing copies under **17 U.S.C. § 503**;
84          4.   Disgorgement of profits and damages under **17 U.S.C. § 504**; and
85          5.   Attorney's fees and full costs of litigation under **17 U.S.C. § 505**.

86     Failure to comply will result in the immediate filing of a complaint for copyright infringement, contributory and
87     vicarious infringement, false designation under the Lanham Act, breach of implied contract, misappropriation,
88     unfair competition, unjust enrichment, accounting, and declaratory relief. The lawsuit will be brought in the U.S.
89     District Court for the Central District of California, and I will seek injunctive relief, damages, disgorgement of
90     profits, attorneys' fees and costs, and a jury trial.

91     **Notice of Litigation Preparedness**

92     A verified Complaint (with Jury Demand) asserting copyright infringement, unfair competition under the Lanham
93     Act, and California state law claims is fully prepared and will be filed without further notice if you fail to respond.
94     Enclosed is a copy of that draft Complaint for your reference.

95     This letter serves as your final opportunity to resolve this matter amicably and confidentially. Absent timely
96     settlement, I will have no choice but to pursue all available legal remedies to protect my rights.

97    This letter is sent without prejudice to any rights or remedies, all of which are expressly reserved.

98    I look forward to prompt resolution.

99    Sincerely,

100   **Dr. Meriland Dillard, MD**
101   Author, *Department of Labor*
102   WGA Reg. No. 1484205 (02/01/2011)

103   **Enclosures:** Draft Complaint; WGA Registration Confirmation; Declaration of Ownership

104

Help

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE ®**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | September 15, 2025 |

### USPS Tracking Intranet
### Delivery Signature and Address

**Tracking Number: 9510 8145 7612 5230 0627 82**

**This item was delivered on 08/19/2025 at 08:17:00**

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:     Quick Search ⌄     Submit

Product Tracking & Reporting, All Rights Reserved
Version: 25.4.3-b8450d06

Request Internal USPS Tracking Plus Statement

## Extra Services

## Extra Services Details

| Description | Amount |
|---|---|
| Signature Confirmation | $4.95 |
| Up to $100 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, CALLER SERVICE OR GENERAL DELIVERY | 01 | 08/19/2025 | 08:17 | STUDIO CITY, CA 91604 | Scanned | MIO 15139D30B1 (interface type - wireless) | Scanned by route 91604 | 08/19/2025 10:24:06 | Facility Finance Number: 055450 Recipient Name: T L  Request Delivery Record  View Delivery Signature and Address  GEO Location Data Available |
| OUT FOR DELIVERY | OF | 08/19/2025 | 07:31 | STUDIO CITY, CA 91604 | System Generated | | | 08/19/2025 09:38:11 | |
| SORTING/PROCESSING COMPLETE | PC | 08/19/2025 | 07:21 | STUDIO CITY, CA 91604 | System Generated | | | 08/19/2025 09:38:10 | |

# EXHIBIT N

# PROMOTIONAL MATERIALS FOR "DMV"

# EVIDENCE OF IMMINENT BROADCAST (OCTOBER 13, 2025)

# Exhibit N – CBS/Paramount Press Express Release for DMV

**Done**  **:sexpress.com**  💻  🔃



Storyline →

**EAST HOLLYWOOD DMV DRIVING EXAMINER COLETTE PINES FOR HER COWORKER NOA WHILE ENDURING...**

"Pilot" — East Hollywood
Department of Motor Vehicles
(DMV) driving examiner Colette

Official CBS/Paramount Press Express promotional release for "DMV," confirming the series and storyline, scheduled for broadcast October 13, 2025 (8:30–9:00 PM ET/PT) on the CBS Television Network and Paramount+.

# Exhibit B – Independent Media Coverage Confirming Broadcast Date of DMV



≡     y!**entertainment**  Sign in

Entertainment: 'SNL' adds 5 cast members

# Pressures, Relationships & More in New CBS Workplace Comedy

**Meaghan Darwish**            
Tue, September 2, 2025 at 10:00 AM
PDT
4 min read



Yahoo! Entertainment article previewing CBS Fall TV 2025 lineup, confirming DMV as part of Fall schedule (Sept. 2, 2025).



CBS promotional teaser image for DMV with tagline 'COMING CBS FALL'.



# Harriet Dyer & Tim Meadows
# New Show DMV | Teaser | Com...

43K views 3mo ago 📋 Shop ...**more**

 **CBS** 2.29M    

YouTube teaser release by CBS featuring Harriet Dyer & Tim Meadows, confirming DMV marketing rollout.

**Done**  :sexpress.com  🖳  ↻



Storyline →

**EAST HOLLYWOOD DMV DRIVING EXAMINER COLETTE PINES FOR HER COWORKER NOA WHILE ENDURING...**

"Pilot" — East Hollywood
Department of Motor Vehicles
(DMV) driving examiner Colette

Additional CBS Press Express still featuring cast of DMV.

# Media Coverage Summary Table

| Source | Confirmation Details | |
|---|---|---|
| CBS / Paramount Press Express | | Official release: Premiere October 13, 2025 (8:30–9:00 PM ET/PT) on CBS; stre |
| Yahoo! Entertainment | Sept. 2, 2025 article preview confirms DMV in CBS Fall lineup | |
| CBS Teaser Trailer | Promotional image: 'COMING CBS FALL' | |
| YouTube CBS Channel | | |
| Rotten Tomatoes | Lists release date as October 13, 2025 | Teaser trailer featuring Harriet Dyer & Tim Meadows, published by CBS official c |
| Wikipedia | Slated to premiere on CBS on October 13, 2025 | |
| TV Insider | Premiere Monday, October 13, 2025, 8:30/7:30c, CBS | |
| FilmBook | Summary confirms October 13, 2025, 8:30–9:00 PM ET/PT on ( | |