# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERILAND KEITH DILLARD,<br><br>          Plaintiff,<br><br>v.<br><br>CBS STUDIOS, INC.,<br><br>          Defendant. | No. 8:25-cv-02091-JAK (KESx)<br><br>**JUDGMENT**<br><br>**[JS6: CASE TERMINATED]** |

1

Pursuant to the March 16, 2026 Order, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The operative pleading is the Complaint filed on September 16, 2025 by Meriland Keith Dillard ("Plaintiff").

2. Defendant CBS Studios, Inc. ("Defendant") has **JUDGMENT** entered in its favor and against Plaintiff.

3. Plaintiff shall take nothing from Defendant by way of the Complaint.

4. The Complaint is **DISMISSED WITH PREJUDICE**.

5. Any request for any other relief is **DENIED**.

**IT IS SO ORDERED.**

Date:  March 31, 2026

_____
John A. Kronstadt
United States District Judge

2